**EXHIBIT 2**

| U.S. DEPARTMENT OF HOMELAND SECURITY<br>U.S. COAST GUARD<br>CG-1340 (REV. 06/04) | **BILL OF SALE** | OMB APPROVED 1625-0027<br>EXPIRATION DATE:<br>THIS SECTION FOR COAST GUARD USE ONLY |

**Handwritten annotation (top right):** PLAINTIFFS EXHIBIT C OPP to MTD

### 1. VESSEL NAME
"SUMMER WIND"   (Ocean 53' MY)

### 2. OFFICIAL NUMBER OR HULL ID NUMBER
952887

### 3. NAME(S) AND ADDRESS(ES) OF SELLERS:
RICHARD SCOTT SEARS
JENNIFER A. SEARS
4500 Hatton Point Road
Portsmouth, Virginia 23703

**3A. TOTAL INTEREST OWNED (IF LESS THAN 100%):** 100 %

RECORDED:
BOOK:         PAGE:
PORT (IF NOT FILING PORT):
DOCUMENTATION OFFICER:

### 4. NAME(S) AND ADDRESS(ES) OF BUYER(S) AND INTEREST TRANSFERRED TO EACH:
VINCENT A. BUTLER
ANDREA C. BUTLER
7417 Rivershore Drive
Seaford, Delaware 19973
Phone 202-352-3100

**4A. TOTAL INTEREST TRANSFERRED (100% UNLESS OTHERWISE SPECIFIED):** 100 %

**4B. MANNER OF OWNERSHIP.** UNLESS OTHERWISE STATED HEREIN, THIS BILL OF SALE CREATES A TENANCY IN COMMON, WITH EACH TENANT OWNING AN EQUAL UNDIVIDED INTEREST. CHECK ONLY ONE OF THE FOLLOWING BLOCKS TO SHOW ANOTHER FORM OF OWNERSHIP.

[ ] JOINT TENANCY WITH RIGHT OF SURVIVORSHIP    [X] TENANCY BY THE ENTIRETIES    [ ] COMMUNITY PROPERTY

### 5. CONSIDERATION RECEIVED:
ONE DOLLAR and other Good and Valuable Consideration
(ONE DOLLAR AND OTHER VALUABLE CONSIDERATION UNLESS OTHERWISE STATED)

### 6.
I (WE) DO HEREBY SELL TO THE BUYER(S) NAMED ABOVE, THE RIGHT, TITLE AND INTEREST IDENTIFIED IN BLOCK 4 OF THIS BILL OF SALE, IN THE PROPORTION SPECIFIED HEREIN.

VESSEL IS SOLD FREE AND CLEAR OF ALL LIENS, MORTGAGES, AND OTHER ENCUMBRANCES OF ANY KIND AND NATURE, EXCEPT AS STATED ON THE REVERSE HEREOF. VESSEL IS SOLD TOGETHER WITH AN EQUAL INTEREST IN THE MASTS, BOWSPRIT, SAILS, BOATS, ANCHORS, CABLES, TACKLE, FURNITURE, AND ALL OTHER NECESSARIES THERETO APPERTAINING AND BELONGING, EXCEPT AS STATED ON THE REVERSE HEREOF.

### 7. SIGNATURES OF SELLER(S) OR PERSON(S) SIGNING ON BEHALF OF SELLER(S).
*[signatures]*

### 8. DATE SIGNED
May 8, 2013

### 9. NAME(S) OF PERSON(S) SIGNING ABOVE, AND LEGAL CAPACITY IN WHICH SIGNED (E.G., OWNER, AGENT, TRUSTEE, EXECUTOR)
RICHARD SCOTT SEARS, CO-OWNER
JENNIFER A. SEARS, CO-OWNER

### 10. ACKNOWLEDGMENT (TO BE COMPLETED BY NOTARY PUBLIC OR OTHER OFFICIAL AUTHORIZED BY A LAW OF A STATE OR THE UNITED STATES TO TAKE OATHS.)

ON May 8, 2013 THE PERSON(S) NAMED IN SECTION 9 ABOVE ACKNOWLEDGED EXECUTION OF THE FOREGOING INSTRUMENT IN THEIR STATED CAPACITY(IES) FOR THE PURPOSE THEREIN CONTAINED.

STATE: VIRGINIA
City ~~COUNTY~~: Suffolk

NOTARY PUBLIC: *Patricia Ann Younger*
MY COMMISSION: 268232

EXPIRES May 31, 2014

PATRICIA ANN YOUNGER
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #268232
My Commission Expires 5/31/2014

```
06/13/13            * * * * BOAT REGISTRATION SYSTEM * * * *
13:17:32                       ADD NEW REGISTRATION                          BRMU1010

RegNo: DL1925AJ   Decal No: 24717   Exempt: N  C
  me Last First Middle / Corp              A/O  Soc
 UTLER VINCENT A &_____         AND  ___
 BUTLET ANDREA C_____         ___  __
 _____         ___  __
LienHolder: _____
Email: _____
Mailing Address:  7417 RIVERSHORE DR
         City:  SEAFORD_____  ST: DE  ZIP:
      Address:  _____
         City:  _____ ST: __  ZIP:
Ins Code: _____  Insured By: _____
Make: OCEA   Year: 1988  Length: 05300  Hull: 4
Type: 2      Fuel: 2 Sanit Dev: 3       Hull Ide
Issue Date: 06 / 13 / 2013  Last Renewal Date:
Comments: _____
Previous Reg#: _____   Previous Own: _____
     Enter  'N'  For NO Print -OR-  'ENTER' To Continue       KT5Y
Enter-PF1---PF2---PF3---PF4---PF5---PF6---PF7---PF8---PF9---PF10--PF11--PF12---
      HELP  MENU  QUIT
```



**WARNING!**
Proper Display of Numbers
**EXAMPLE: DL 1234 X◆**

24717  $50.00    24717  $50.00

Now is the Time to
Insure Your Numbers are
Properly Displayed.
See Instructions on Back.

**State of Delaware**
BOAT REGISTRATION CERTIFICATE
XYU0153MH788
DL1925AJ                           OCEA

| Hull | Motor | Use | Type | Fuel | Med | Length | Yr. Built | Expiration |
|---|---|---|---|---|---|---|---|---|
| 4 | 2 | 1 | 2 | 2 | 3 | 05300 | 1988 | 2013 |

BUTLER VINCENT A &
BUTLET ANDREA C
7417 RIVERSHORE DR
SEAFORD          DE 19973

Plaintiffs Exhibit D Opp to MTD