**EXHIBIT 3**

# Reservation Agreement
## St. Joseph of the Pines Health System
## Southern Pines, North Carolina

THIS RESERVATION AGREEMENT ("Agreement") is made this _28th_ day of _February_, 20_06_ between SAINT JOSEPH OF THE PINES, INC. (the "Corporation") and _Aubrey Butler_ ("You", "Your", "Yourself" or "Resident").

## BACKGROUND

The Corporation is a not-for-profit corporation that owns and operates two retirement communities on separate campuses in Southern Pines, North Carolina. The Corporation was established in 1948 and has been in continuous operation since that time. The mission of the Corporation, a part of Catholic Health East, is to provide outstanding senior living and health services. A brief description of the Corporation's facilities is as follows:

**Belle Meade Resort Retirement** ("Belle Meade") is located at 100 Waters Drive and is a full service continuing care retirement community consisting of independent living residential units in three story buildings, cottage duplexes, homes, an assisted living facility, and a community center with common areas and amenities.

**The Pine Knoll Campus** ("Pine Knoll") began its operations in 1984 as St. Joseph of the Pines Villas. The 19-acre campus is located in Southern Pines, North Carolina at 590 Central Drive and is approximately two miles from Belle Meade.

- **The Overlook at Pine Knoll** (the "Overlook") is part of the Corporation's expansion effort at Pine Knoll. Upon its completion, The Overlook will include twenty (20) apartments in a renovation of the historic Knollwood Building, four (4) cottage units in a renovation of the historic Pine Needles Pro Shop, and eighteen (18) existing cottage units.

- **The Villas at Pine Knoll** (the "Villas") consists of forty-nine (49) independent living apartments in three wings connected to the community center with common areas and amenities.

**St. Joseph of the Pines Health Center** (the "Health Center") is located at 103 Gossman Drive and is licensed for 176 nursing beds and is adjacent to Belle Meade.

**The Coventry** (the "Coventry") is located at 105 Gossman Drive and is licensed as a forty (40) unit Adult Care Home and is adjacent to Belle Meade.

### THE CORPORATION AND YOU HEREBY AGREE AS FOLLOWS:

1. **INITIAL CONTACT WITH THE COMMUNITY.** If You desire to reserve an Apartment, Home or Cottage (Residence) with The Corporation, You should contact the Marketing Office of The Corporation and schedule an appointment for a presentation, and select a specific Residence.

*Reservation Agreement for St. Joseph of the Pines 9/1/05*...............

EXHIBIT
PLAINTIFFS
3-A
Opp. to MTD

Case 1:13-cv-00424-WO-JLW   Document 18-3   Filed 07/12/13   Page 2 of 13

2. **RESERVATION HOLDERS.** Reservation Holders are those Future Residents who have selected a specific Residence and have followed the application process listed below in Paragraph Three (3).

3. **RESERVATION PROCESS.**

   A. **Residence Selection.** You agree to select a floor plan and location on the master site plan and enter into a Reservation Agreement with the Corporation. You have selected Residence Number _502_, a _Ashmore_ Type Residence at the _Pine Knoll Overlook_ Community.

   B. **Current Pricing.** As of the date of this agreement, the _0_% refundable entrance fee plan for the above residence is $ _159,000_. The current Monthly Service Fee for the residence is $ _2425_, and an additional $ _0_ per month if a second resident occupies the residence. These fees are published with an effective date through _December 2007_

4. **ADMISSIONS PROCESS**

   A. **Age.** Admission is restricted to persons sixty-two (62) years of age or older; if the Resident is a couple, at least one member of the couple must be sixty-two (62) years of age at the time of occupancy.

   B. **Personal Interview.** You shall have an interview with a representative from The Corporation prior to taking residency. Upon review of all information required to be furnished herein, The Corporation may request additional personal interviews.

   C. **Application Forms.** Within ten (10) days from the date of this Reservation Agreement, you agree to submit a completed Application Form, Personal Health History, and Confidential Financial Statement on forms provided by the Corporation.

   D. **Health Requirements.** Within ten (10) days from the date of this Reservation Agreement, you also agree to submit a completed Physician's Examination Report on forms provided by the Corporation. If Your health, as disclosed by this physical examination, does not meet the criteria for independent living established by The Corporation, then The Corporation shall have the sole discretion to decline Your admission and to terminate this Agreement, or to permit You to take occupancy of accommodations within The Corporation more suitable to Your needs.

   *na until December 2008*

   E. **Assessment Committee Review.** The Assessment Committee of The Corporation will review Your application forms and the Physician's Examination Report as a basis for acceptance for admission. The Assessment Committee will accept or deny the application based on the criteria and policies established by The

Corporation. An authorized representative of the Corporation will notify You of their action in writing.

F. **Residency Agreement.** Following the receipt of written notification of approval by the Assessment Committee of The Corporation, You agree to enter into the Residency Agreement for the Residence of The Corporation and submit a down payment equal to Ten Percent (10%) of the Entrance Fee for the Residence. If You choose options from the approved list of major options, or custom features, You agree to pay for the options or custom features in full at time of selection.

G. **Balance of Entrance Fee.** You agree to pay the ninety percent (90%) balance of the Entrance Fee within ninety (90) days of entering this Reservation Agreement or thirty (30) days after the Date of Availability for occupancy, whichever is later.

5. **RESERVATION FEE.** You agree to pay a Reservation Fee of One Thousand Dollars ($1,000). The Reservation Fee is a non-interest bearing payment that will apply toward the balance of the entrance fee as outlined in the Residency Agreement. Should You decide not to proceed with the application process, the Reservation Fee will be refunded according to the Refund Terms stated in Paragraph Six (6) below.

6. **REFUND POLICY FOR RESERVATION FEE.** If You decide not to go forward with the Application Process during the first 30 days after payment of the Application fee, the entire Reservation Fee of One Thousand Dollars ($1,000) shall be returned in full to You within thirty (30) days, upon receipt of a written request from You stating the desire to relinquish the reservation for a specific Residence and request a refund.

_Barbara Shattuck_ (signature)
Witness

X _Beverly M Buxton_ (signature)
Reservation Holder Signature

_____
Witness

_____
Reservation Holder Signature

**THE CORPORATION**

_Kuyk_ (signature)
Signature

CFO
Title

2/28/06
Date

*Reservation Agreement for St. Joseph of the Pines 9/1/05*................................................................*Page 3*

3-C

Case 1:13-cv-00424-WO-JLW   Document 18-3   Filed 07/12/13   Page 4 of 13

# ST JOSEPH OF THE PINES HEALTH SYSTEM
*Life. Care.*

## APPLICATION FOR RESIDENCY

*Please complete one form for each resident*

Indicate community:

___ Belle Meade Resort Retirement

___ The Villas at Pine Knoll

___ The Overlook at Pine Knoll

Date _____
Entrance Date/Time _____ to _____

Full Name **Audrey Marie Butler**
Name by which you wish to be called **Audrey**
Address **40 Ritter Rd W.**
County/City/State/Zip **Pinehurst NC 28374**
Phone **(910) 295-1434**  Social Security # **577-34-381_**
Date of Birth **3-29-28**  Place of Birth **New York**
○ Male  ☒ Female   ☒ Widowed   ○ Single   ○ Separated
Years at Present Address **22**
Where have you lived most of your life? **Maryland**
What is your educational background? **BSN**
In what professions were or are you engaged? **Registered Nur__**

What are your special interests, hobbies, or skills? **tennis travel**

Who is your local primary physician? **Dr. Jeffrey Binney**
Telephone: **295-5511**

Please list your emergency contacts:
1. Name **Barbara Gualteros**
   Telephone **910-215-8851**
   Address **180 St. Andrews Dr.**
   City/State/Zip **Pinehurst, NC 28374**
   Relationship **daughter**

2. Name **Regina Sriraman**
   Telephone **949-5581**
   Address **10 Winding Trail**
   City/State/Zip **Whispering Pines, NC**
   Relationship **daughter**

3. Name **Patricia Guin**
   Telephone **919-881-0092**
   Address **613 Macon Pl.**
   City/State/Zip **Raleigh, NC 27609**
   Relationship **daughter**

**Responsible Party / POA (If applicable)**
4. Name **Self**
   Telephone _____
   Address _____
   City/State/Zip _____
   Relationship _____

*(Please complete reverse side)*  3-D

Please list children/other relatives:
1. Name: Theresa Butler   Telephone: 301-933-6400
   Address: 11501 Georgia Ave, Wheaton, MD 20901

2. Name: _____   Telephone: _____
   Address: _____

3. Name: _____   Telephone: _____
   Address: _____

4. Name: _____   Telephone: _____
   Address: _____

Where are you presently a church member? Yes
Denomination: Roman Catholic   Pastor/Priest Name: Fr. William Pitt

Who is the Executor of your estate or will? Theresa Butler
Address: see above   Telephone: _____

Are you an organ donor? No
If yes, please specify _____

Are you a smoker? No

Do you have a pet(s)? No
If yes, please specify _____

Please list two references, not related to you.
1. Name: John Trapp   Telephone: 246-1582
   Address: 400 Waters Dr. Southern Pines NC

2. Name: Oscar Gualteros   Telephone: 528-4294
   Address: _____

Residence Selected: Overlook at Pine Knoll   Entrance Fee: $159,100.00

Signature _____   Date _____

3-E

I hereby state that the financial information I supplied to St. Joseph of the Pines was accurate and complete. I understand that the decision for my admittance was based on this financial information. I further understand that financial support will only be considered for those residents who have become financially impoverished through no fault of their own. Any deliberate transfer or disposal of assets listed on the financial disclosure would result in disqualification. Any resident who becomes delinquent in payment (sixty days past due) to St. Joseph of the Pines may be asked to leave campus as per the current Residence and Services agreement.

Due to the limited number of Medicaid Certified Beds, I further understand that admittance to the Assisted Living Facility does not guarantee me a Medicaid bed at the St. Joseph Health Center, if such skilled nursing services are needed.

Resident Signature _____ Date _____

St. Joseph of the Pines _____ Date _____

SPECIAL INSTRUCTIONS: (Use additional page, if necessary)

N/A

In the event of death, the funeral home to be notified is
Name _POWELL FUNERAL HOME_
Address _160 E. New Hampshire Dr._ Telephone _692-6161_
Signature _____ Date _____



# ST JOSEPH OF THE PINES
## HEALTH SYSTEM
*Life. Care.*

## CONFIDENTIAL FINANCIAL STATEMENT

Date: 3/2/06

Full Name: Audrey Marie Butler
Spouse's Name: deceased   Telephone: (910) 295-1434
Address: 40 W. Ritter Rd. Pinehurst NC 28374
City/State/Zip:

Unit Number and Type: 502 Ashmore
Entrance Fee: $ 159,000.00
First Person Monthly Fee: $ 2425.00   Second Person Monthly Fee: $

If prepared by a person or firm other than yourself, please note:
Name: Barbara Gualteros
Address: 180 St. Andrews Dr.   Telephone: (910) 215-8851
City/State/Zip: Pinehurst NC 28374

Please list your income and monthly expenses:

| MONTHLY INCOME | TOTAL | MONTHLY EXPENSES | TOTAL |
|---|---|---|---|
| Social Security | $ 1029.00 | Mortgage Payment | $ — |
| Pension Income* | $ _____ | Notes Payable to Banks | $ — |
| Pension Income* | $ _____ | Notes Payable to Others | $ — |
| Interest Income } | $ ±8,000.00/yr. | Accounts Payable | $ — |
| Dividend Income } | $ ±2,000.00/yr. | Household Expenses | $ ±1,000.00 |
| Real Estate Income | $ _____ | Other Expenses | $ _____ |
| Other Income | $ _____ |  | $ _____ |
| **Total Monthly Income** | $ _____ | **Total Monthly Expenses** | $ _____ |

*If you receive a pension, please complete the "Professional Pension" section on back of this form.

Do you anticipate any significant changes in your financial situation in the next two to five years?
  o Yes   ☒ No   If so, please explain.

_____
_____
_____
_____

*(Please complete the reverse side.)*
Marketing

3-6

## CONFIDENTIAL FINANCIAL STATEMENT (Continued)

Please list your assets and liabilities:

| ASSETS | TOTAL | LIABILITIES | TOTAL |
|---|---|---|---|
| Reservation Deposit | $ 1,000. | Notes Payable to Banks | $ — |
| Checking Account | $ 3,000. | | $ — |
| Savings Account | $ 200,000. | Notes Payable to Others | $ — |
| Certificates of Deposit | $ 250,000. | | $ — |
| Government Securities | $ 12,000. | Accounts & Bills Due | $ — |
| Listed Securities | $ ±184,000. | | $ — |
| Unlisted Securities* | $ -0- | | $ — |
| Accounts Receivable | $ -0- | Real Estate Mortgage(s) | $ — |
| Value of Residence | $ 1,000,000.00 | | $ — |
| Real Estate Owned | $ | | $ — |
| Life Insurance, cash value | $ | | $ — |
| Personal Property | $ | Other Debts | $ — |
| Individ. Retirement Accts. | $ | | $ — |
| Other Assets | $ | Other Liabilities | $ — |
| | $ | | $ — |
| **Total Assets** | $ 1,650,000.00 | **Total Liabilities** | $ |
| | | **Net Worth:** | $ |
| | | (Total Assets minus Total Liabilities) | |

*Please explain: _____

_____

I affirm this information is substantially complete and correct to the best of my knowledge.

_____
Your Signature                                                    Date

_____
Spouse's Signature                                                Date

## LONG-TERM CARE INSURANCE

Do you have a Home Health Care policy? If so, list carrier and policy number:
    Carrier: N/A                    Policy Number: _____
    Daily Rate: _____         Benefit Period: _____

Do you have a Long-Term Care policy? If so, list carrier and policy number:
    Carrier: N/A                    Policy Number: _____
    Daily Rate: _____         Benefit Period: _____

## PROFESSIONAL PENSION

If you receive a pension, please provide the following information:      You      Your Spouse
1. When did/does pension start?
2. Monthly pension amount
3. Is the amount in No. 2 a lifetime pension?
   (If "No," please explain below)
4. Is the amount in No. 2 a lifetime pension at that rate?
   (If "No," please explain below)
5. What percent of your pension survives you/your spouse?

Explanations: _____

Z-H



# ST JOSEPH OF THE PINES
## HEALTH SYSTEM
*Life Care*

## PERSONAL HEALTH HISTORY
The following information is preliminary in nature.
Applicants are required to submit a physician's medical certification prior to occupancy.

Date: 3/2/06

Full Name: Audrey Marie Butler

Age: _____   Sex: F   Height: _____   Weight: 117

Please list current medical conditions you are experiencing, the approximate date of onset, and the diagnosis:

| Current Medical Condition | Approximate Date of Onset | Diagnosis |
|---|---|---|
| N/A | | |

Are there any other health-related issues we should know about?
None

Please list all medications you are presently taking:
1. PEPCID
2. LEXAPRO
3. 
4. 
5. 
6. 

List all major surgeries, serious illnesses, or hospitalizations (include approximate year):

| Major Surgeries/ Illnesses/Hospitalizations | Year (approximate) |
|---|---|
| 1. | 4. |
| 2. N/A | 5. N/A |
| 3. | 6. |

Do you use any type of prosthetic device?.................................................o Yes  ☒ No

Do you use any assistive devices, (i.e., hearing aid, cane, walker, etc.?...... o Yes  ☒ No
If yes, please describe: _____

Specify any limitations (vision, hearing, driving, ambulation, memory, orientation): _____
N/A

Are you able to independently perform the following activities of daily living? (check = yes)
- ✓ Feeding
- ✓ Bathing
- ✓ Dressing
- ✓ Ambulation
- ✓ Toileting
- ✓ Grooming

*(Please complete the reverse side.)*

**Marketing**
100 Waters Drive • Southern Pines, NC 28387 • (910) 246-1006 • Fax: (910) 246-1204

3-I

General Medical Conditions: Please mark "Y" for yes and "N" for no for all the conditions listed below that could relate to your medical condition. Explain in the area provided below for any conditions marked "Y."

- N Active communicable disease
- N Alcoholism or drug addiction
- N Lung disease, asthma, emphysema, or bronchitis
- N Anemia
- Y Allergies or sensitivities
- Y Arthritis, gout
- N Cancer
- N Diabetes
- N Epilepsy
- N Eye disease or blindness
- N Fractures
- N Hernia (not repaired)
- N Kidney disease
- N Liver disease, hepatitis, or cirrhosis
- N Neurological diseases (Alzheimer's, Parkinson's, Multiple Sclerosis, or Muscular Dystrophy)
- N Nervous breakdown or psychiatric care
- N Pacemaker
- N Paralysis
- N Polio
- N Psychiatric Disorder
- N Stroke or TIAs
- N Tuberculosis
- N Ulcer or stomach/digestion problems
- N Heart Disease
- N High Blood Pressure
- o Other

Explanations: _____

Do you require a special diet? (If yes, please explain) __No__

HOSPITAL/HEALTH INSURANCE
Medicare Number Part A: 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D     Medicare Number Part B: 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D
Please list supplemental insurance:
1. Carrier Name: BC/BS     Type of Benefits: Supplemental
   Address: Subscriber # YPZW120761 4209
2. Carrier Name: _____     Type of Benefits: _____
   Address: _____
3. Carrier Name: _____     Type of Benefits: _____
   Address: _____

Please list your local primary care physician and any specialists you consult regularly, including your dentist:
1. Name: Dr. Jeffrey Binney     Telephone: 295-5511
   Address: 90 Memorial Dr. Pinehurst NC 28374
2. Name: _____     Telephone: _____
   Address: _____
3. Name: _____     Telephone: _____
   Address: _____

Do you have a Living Will or other advanced directives? ....... ☒ Yes   o No
Do you have a Power of Attorney? ............................................ ☒ Yes   o No
Are you an organ donor? ........................................................... o Yes   ☒ No
Explanation: _____
In case of an emergency, who outside your immediate household would you prefer us to call?
Name: _____     Telephone: (___) _____

*I certify that the information given on this Personal Health History is true and correct and may be relied upon by St. Joseph of the Pines, Inc. DBA Belle Meade, as a basis for residency at the community. I also understand that concealing or misrepresenting information shown may be cause for termination of the Residency Agreement and may disqualify me from future financial assistance at Belle Meade.*

Applicant's Signature: _____     Date: _____

3-5




ST JOSEPH OF THE PINES

Marketing
100 Waters Drive
Southern Pines, NC 28387
(910) 246-1006
Fax: (910) 246-1204

*A Member of
Catholic Health East
and sponsored by
the Sisters of Providence*

April 26, 2006

Greetings Overlook Depositors:

I am writing to you to provide some written clarification on a few subjects regarding finish selections and the Overlook project in general. First, I would like to note that the project is moving along on schedule. Weaver Cooke has wonderful staff that is doing all they can to keep the project in progress.

Next, is the subject of finishes for each unit. As I mentioned at our last meeting, Weaver Cooke has set a deadline of May 12th for all selections of finishes to be submitted to them by St. Joseph of the Pines. My goal is to have all pricing, allowances and samples together by Friday, April 28, 2006. After that, I will be meeting with each of you individually to make your final selections. I prefer to have all meetings with you completed by May 10th to allow me time to organize all information in a comprehensive manner by the May 12th deadline.

I would also like to remind all of you that I am your contact at SJP regarding the construction of your unit. All concerns and issues that you might have regarding your unit's construction should be initiated with me first. I will do all I can to get you the answer or information that you need. Please do not compromise the relationship between Weaver Cooke and SJP by circumventing the process that was designed to keep your best interests intact. Asking members of the construction crew of Weaver Cooke to keep you informed or to make changes is a huge liability for them, SJP and myself. I cannot hold anyone responsible for work not done, or work that is incorrect, if I do not know about it.

In addition, it has come to my attention that some are visiting the worksite, unaccompanied by myself or other authorized person(s). You may have a tour at anytime, so long as, you have signed a waiver, are accompanied by me or another SJP representative and that we, SJP, has given Weaver Cooke 24 hours of notice. The Overlook project, the five-story building and the Pro-Shop, are construction zones requiring anyone in the construction areas to wear a hard hat. Coming after hours, unescorted, is extremely hazardous. Again, I am happy to escort you anytime that I can, just call me and I will make an appointment with Weaver Cooke.

Last, I have included a statement of account for you to look at. I have only noted changes you have made that have a cost. If you have any questions, please do not hesitate to call me at 246-1006. If you have changes not yet paid for, please make out a check payable to: **St. Joseph of the Pines**, for the balance noted on your sheet. The payment can be mailed to my attention at **100 Waters Drive, Southern Pines, NC 28387**.

Thank you for your time and attention. Do not hesitate to call me with any questions or concerns.

Sincerely,

*Wendy Farrell*

3-K

# St Joseph of the Pines
## HEALTH CENTER

**Resident:** Audrey Butler

**Address:** B 502

| | Allowance Amount | Date of Selection/Change | Cost | Paid | Check # |
|---|---|---|---|---|---|
| **Walls** | | | | | |
| **Upgrade appliances** | | | | | |
| **Flooring** | | | | | |
| **Other Upgrades** | | | | | |
| **Electrical Work** | $ - | $ | $ - | $ - | - |
| **Structural Changes** | $ - | $ | $ - | $ - | - |
| Add optional Bed 1 closet | $ - | 10-Apr-06 | $ 405.00 | $ - | - |
| | | Total | $ 405.00 | $ - | - |