**EXHIBIT 4**

(Space above this line reserved for recording)

# DURABLE POWER OF ATTORNEY

STATE OF NORTH CAROLINA
COUNTY OF MOORE

This instrument prepared by:
Batton & Guin, Attorneys
Louisburg, NC 28374
107 Main St.
P.O. Box 403

KNOW ALL MEN BY THESE PRESENTS, that I, Audrey M. Butler, of said County and State, have made, constituted, and appointed and be these presents do make, constitute, and appoint my daughters, Patricia B. Guin, of Raleigh, North Carolina and Regina B. Sriramen, of Pinehurst, North Carolina, as my true and lawful attorneys-in-fact, with full power of substitution, for me and in my name, place, and stead for the purposes hereinafter set out. Should either of my daughters become incompetent or incapacitated or otherwise unavailable to serve, I hereby constitute and appoint the other of them as my sole true and lawful attorney-in-fact to serve with full powers as if initially appointed herein. In addition, my daughters shall have the power at any time to appoint either of themselves to serve or act individually as my said true and lawful attorney-in-fact, by written instrument delivered to the other of them and upon such appointment, that daughter may act alone in such capacity with full powers without the joinder of my other daughter or any other party.

1. I hereby give and grant unto my attorneys-in-fact full power and authority generally to manage and attend to all of my affairs, interests, and property, of every kind and description, real, personal, or mixed, and wherever located. The specific powers of my attorneys-in-fact as set out herein are not meant to be exclusive or to limit the generality of their power, authority, and discretion to perform any and all acts of whatever kind necessary to be done in managing and attending to all my affairs, interests, and property as aforesaid, in the same manner and to the same extent as I myself might or could do if I were personally present. The specific powers are as follows:

   (a) To prepare, execute, verify and file in my name and on my behalf, for any taxable year, either in person or in writing or both, any and all types of tax returns, declarations, reports, protests, applications for correction of assessed valuation of real or other property, appeals briefs, claims for refund, or petition on connection with any tax imposed or proposed to be imposed by any government, or claimed, levied or assessed by any government, and to pay any such tax and to obtain any extensions of time for any of the foregoing, to enter into any agreements or stipulations for compromise or other adjustments or disposition of any tax and generally to represent me personally or through attorneys of her selection with respect to any matter before the Internal Revenue Service, any department of revenue of any state, or any court relative to taxes owed, allegedly owed, or paid by me or on my behalf.

   (b) To maintain anywhere in their discretion bank accounts and safe deposit boxes for me, to have full access to such accounts and safe deposit boxes, and also to have access to any bank account for safe deposit box that I may have heretofore established or rented or may hereafter establish or rent, wherever the same may be located, and to place property in and remove property from any such safe

deposit boxes. This paragraph shall be in full effect of complete protection of any bank affected until such time as I may give such bank written notice of its revocation.

(c) To ask, demand, sue for, recover, collect, and receive all sums of money, debts, dues, accounts, insurance proceeds, devises, bequests, interests, dividends, annuities, and demands whatsoever as are now, or shall hereafter become due, owing, payable or belonging to me, and to use and take all lawful ways and means if my name or otherwise for the recovery thereof by attachments, arrests, distress, or otherwise, and to compromise and agree for the same and to give acquittances or other sufficient discharges for the same.

(d) To pay, adjust and settle my just and legitimate obligations of whatever kind, and to incur such obligations as they deem proper.

(e) To receive and to endorse any commercial paper, to adjust and settle any note, mortgage, deed of trust, or other obligation due me or owed by me, to credit payment of or cancel any note, mortgage, deed of trust, or other obligation to me upon proper payment being made, whether in full or by way of compromise or settlement as aforesaid.

(f) To buy, lease, exchange or otherwise acquire and to contract for the purchase, lease, exchange and acquisition of, and to accept, receive and possess any property or interest in property of every kind and description, real, personal, or mixed and wherever located, and in such a manner and for such a price and upon such terms as she deems fit and proper; to retain, repair, improve, lease, convey, option, exchange and sell any property or interest in property of every kind and description, real, personal, or mixed, and wherever located, now owned by me or hereafter acquired, and in such a manner for such a price and upon such terms as she deems fit and proper, and to receive such money or other property as she may be due thereby; without limiting the generality of the foregoing, to sell, assign, and endorse, transfer upon the books of any corporation, and receive payment for any registered bond standing in my name or any unregistered bond owned by me. My attorneys-in-fact shall be authorized in all events to retain property owned by me without regard to any requirement of diversification otherwise imposed by law or government regulation, and shall not be liable for any loss or decrease in the value of any such property while retained by my attorney-in-fact.

(g) To borrow money in my behalf if they deem the same to be advisable, to give notes or other evidence of debt therefor at such rate or rates of interest as they shall deem advisable, and to pledge, mortgage, or otherwise encumber as security therefor any of my property of any kind, real, personal, or mixed, all in their discretion.

(h) To invest and reinvest without restriction any of my money or other property of whatever kind coming into their possession, whether income or principal, in such a manner as they may deem fit and proper in their discretion.

(i) To execute and deliver any and all deeds or other instruments of whatever kind that may be useful or necessary to carry out any of the powers and authority granted in any portion of this power of attorney.

(j) To exercise or perform any act, power, duty, right or obligation whatsoever in regard to any contract of life, accident, health, disability or liability insurance or any combination of such insurance procured by me or on my behalf.

(k) To prepare, execute and file all social security, unemployment insurance and information returns required by the laws of the United States, or of any State or subdivision thereof, or any foreign government.

(l) To purchase United States Treasury Bonds of any type, including the purchase of United States Treasury bonds which are of the type eligible for redemption at par in payment of federal estate tax.

(m) To pay over to me or expend for my benefit such amount of income or principal as she deems best to provide for my maintenance, support, comfort, health and welfare, including provision for hospital, nursing, and custodial care, to make gifts of my property to entities or individuals other than himself after I am incapacitated, outright, in trust, or to a custodian under the Uniform Gifts or Minors Act, in order to continue any gift program which I may have instituted to make use of federal and state gift tax and generation-skipping transfer tax exclusions, exemptions and credits, to allow such members of my family as they deem best to use my household furniture and furnishings and my other tangible personal property, and to store the same or sell and dispose of the same. All of the above powers are to be exercised as determined in their discretion.

(n) To effect all transactions is their names as attorneys-in-fact, in my name, or in the name of any nominee of the attorney-in-fact.

2. In addition to the powers herein enumerated, I hereby give and grant to my attorneys-in-fact all of the powers set forth in North Carolina General Statutes 32-27, which powers are hereby incorporated herein by reference as of the date of my execution of this power of attorney. This incorporation of powers by reference is in accordance with North Carolina General Statutes 32-26.

3. I hereby give and grant unto my attorneys-in-fact full power and authority to do and perform each and every act and thing whatsoever requisite and necessary to be done in and about the premises as to all intents and purposes as I might or could do if personally present, hereby ratifying and confirming all that my attorneys-in-fact shall lawfully do or cause to be done by virtue hereof.

4. No persons, firms, corporations or agencies, governmental or otherwise, which shall pay money or deliver property of whatever kind to my attorneys-in-fact shall be under any obligation whatever to look to the disposition of such money or property by the attorney-in-fact.

5. 5. This power of attorney is executed pursuant to the provisions of Article 2 of Chapter 32A of the North Carolina General Statutes, and it is my intention that this power of attorney shall continue in effect notwithstanding my subsequent incapacity or incompetency, until it shall be revoked in accordance with the provisions of that Article.

6. During my lifetime, my attorneys-in-fact shall not be required to file any inventories, appraisals, accounts, or reports to any court, or to give bond, but accounts shall be rendered to me annually. At my death an inventory and account shall be delivered to the personal representative of my estate, along with the property held by the attorneys-in-fact pursuant to this power of attorney. My attorneys-in-fact shall not be responsible for any property of mine not covered in such inventory, but shall exercise reasonable care to determine all of such property then held by them.

4-C

IN WITNESS WHEREOF, I have hereunto set my hand and seal, this the 22 day of December, 2005.

_Audrey M. Butler_ (SEAL)
AUDREY M. BUTLER
DOB: March 29, 1928

40 Ritter Rd.
Pinehurst, North Carolina 28374

STATE OF NORTH CAROLINA
COUNTY OF Moore

I, Martha S Mappin, a Notary Public for said County and State do hereby certify that AUDREY M. BUTLER, personally appeared before me this day and acknowledged the due execution of the foregoing Power of Attorney to PATRICIA B. GUIN and REGINA B. SRIRAMEN for the purposes therein expressed.

WITNESS my hand and notarial seal this the 22 day of December, 2005.



_Martha S Mappin_ (SEAL)
Notary Public

My Commission Expires: 6-24-2008