**EXHIBIT 5**



**RBC Centura**

AUDREY M BUTLER
PO BOX 519
PINEHURST NC 28370-0519

×BANK USE
00007
ML
D=0013
C=0001
9/06/06
502 301-343-5

August 7, 2006 - September 6, 2006      Page 1 of 3

GET A LINE ON YOUR MONEY, 24 HOURS A DAY. By dialing RBC Centura Highway tollfree 1-800-CENTURA (1-800-236-8872), you can check the balance of your accounts, see which checks have cleared, look into your last savings deposit, or find out the current interest rate and annual percentage yield on your RBC Centura accounts. All with the push of a few buttons. In complete privacy, night or day.

*For account inquiries, please call 1-800-CENTURA (1-800-236-8872). In the Rocky Mount, N.C. calling area, please dial 252-454-3775.*
*To change your address, please visit any RBC Centura location or call 1-800-CENTURA (1-800-236-8872) and select option 1; then select option 2; then option 0 and speak with a Financial Services Representative.*

### Esteem Relationship Accounts

| Account Type | Account Number | Balance |
|---|---|---|
| Certificate of Deposit | #502 904-007-6 | $ 15,716.52 |
| Certificate of Deposit | #502 902-490-6 | 35,161.16 |
| Certificate of Deposit | #502 902-420-1 | 35,501.82 |
| Certificate of Deposit | #502 903-994-8 | 23,236.56 |
| Certificate of Deposit | #502 902-419-9 | 24,401.55 |
| Certificate of Deposit | #502 903-937-4 | 26,405.26 |
| IRA | #502 902-466-6 | 24,693.17 |
| IRA | #502 902-465-8 | 58,873.27 |
| IRA | #502 903-121-7 | 492.54 |

**Checking Summary**  Esteem    # 502 301-343-5

| | | | |
|---|---|---|---|
| Beginning Balance | $ 4,379.62 | Interest Paid This Period | $ .25 |
| Additions + | 1,094.25 | Interest Paid Year-To-Date | 3.63 |
| Reductions - | 5,045.78 | | |
| Ending Balance | $ 428.09 | | |

31 Days in Cycle      Annual Percentage Yield Earned   .10%

**Checking Detail**

| Deposits | | | Amount |
|---|---|---|---|
| 9/01 | US TREASURY 303 SOC SEC | | 1,094.00 |
| 9/06 | Interest Paid on Checking Account | | .25 |

**EXHIBIT 5-A**



**RBC Centura**

AUDREY M BUTLER
PO BOX 519
PINEHURST NC 28370-0519

9/06/06
502 301-343-5

August 7, 2006 - September 6, 2006                                     Page 2 of 3

## Checking Detail

**Checks**

| Number | Reference | Amount | Date | Number | Reference | Amount | Date |
|--------|-----------|--------|------|--------|-----------|--------|------|
| 6581 | 1030383256 | 337.00 | 9/01 | | 1050260427 | 102.00 | 8/31 |
| 6583* | 1030234404 | 1,848.00 | 8/24 | | 1050260327 | 50.00 | 8/31 |
| 6890* | 1030804425 | 60.00 | 8/14 | | 1030062405 | 979.00 | 9/05 |
| | 1050260425 | 924.00 | 8/31 | | | | |

\* Indicates one or more missing checks

**Preauthorized and Check Card Withdrawals**

| Date | Description | | Amount |
|------|-------------|--|--------|
| 8/07 | BCBSNC | NGDRAFT | $ 120.75 |
| 8/15 | MOORE COUNTY PUBUTIL | BILL | 19.78 |
| 8/17 | PROGRESSENGYCARO | DRAFTS | 251.47 |
| 8/30 | EMBARQ-NC(56) | PHONE BILL | 34.55 |
| 8/31 | BANK CARD | PAYMENT | 198.48 |
| 9/06 | BCBSNC | NGDRAFT | 120.75 |

## Checking Balance History

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 8/07 | $ 4,258.87 | 8/24 | 2,079.62 | 9/05 | 548.59 |
| 8/14 | 4,198.87 | 8/30 | 2,045.07 | 9/06 | 428.09 |
| 8/15 | 4,179.09 | 8/31 | 770.59 | | |
| 8/17 | 3,927.62 | 9/01 | 1,527.59 | | |

5-B



**RBC Centura**

AUDREY M BUTLER
PO BOX 519
PINEHURST NC 28370-0519

9/06/06
502 301-343-5

August 7, 2006 - September 6, 2006    Page 3 of 3

| Credit Line Summary | RBC Centura CreditLine | # 502 301-343-5 |
|---|---|---|

| | | | |
|---|---|---|---|
| Beginning Balance | | $ .00 | Credit Line $5,000.00 |
| Payments | − | .00 | Available Credit 5,000.00 |
| Credit Used | + | .00 | ANNUAL PERCENTAGE RATE 18.000% |
| Interest: | $.00 | | Daily Periodic Rate .04931% |
| Insurance: | .00 | | Days in Cycle 0 |
| FINANCE CHARGE* | + | .00 | Closing Date of Cycle 9/06/06 |
| Late Charge: | + | .00 | |
| Ending Balance | | $ .00 | |
| Minimum Payment | | $ .00 | |

\* The balance on which the FINANCE CHARGE is computed is the "daily balance" outstanding in your Line of Credit Account. To get the "daily balance" we take the beginning balance of your Account each day and add any new loans or charges and subtract any payments or credits. This gives us the "daily balance". The amount of the FINANCE CHARGE for each day in the billing cycle is computed by multiplying the "daily balance" in your Account by the Daily Periodic Rate. The sum of those amounts equals the FINANCE CHARGE for the billing cycle. Refer to the "Credit Line Detail" section below for information containing the "balance(s) on which the FINANCE CHARGE is computed".

NOTICE: See the reverse side for important information.

5-C

Two checks from Arthur V. or Audrey M. Butler, RBC Centura Bank, Pinehurst, NC 28374, oriented sideways on the page.

**Check 6583:**
- Date: August 19, 2006
- Pay to the order of: Ron Chou
- Amount: $1,898.00
- Written: eighteen hundred ninety-eight and 00/100 dollars
- Signature: Audrey B. Butler

**Check 6581:**
- Date: August 19, 2002
- Pay to the order of: Catherine B. [illegible]
- Amount: $337.00
- Written: three hundred thirty-seven and 00/100 dollars
- Memo: car repairs
- Signature: Audrey M. Butler

5-D

## Advice of Debit DDA

**DO NOT RETURN**

OFFICIAL CHECK ISSUED IN LIEU OF

Customer Name: Audrey Butler    Date: 9/5/06

We have today charged your account as follows: $ 979.00

Check to Home Choice

RBC CENTURA
PINEHURST, NC

053100850
Branch 01 Teller #03
SEP 0 5 2006

Msr
Official Approval

Please make the necessary entry on your records.

Day No. 502  Acct. No. 301343S

⑆053100850⑆ ⑈502301343S⑈ 22 "000009790011"

---

## Advice of Debit DDA

**DO NOT RETURN**

Customer Name: Audrey Butler    Date: 8/31/06

OFFICIAL CHECK ISSUED IN LIEU OF

We have today charged your account as follows: $ 934.00

Check to Home Choice

Please make the necessary entry on your records.