**EXHIBIT 6**


**RBC Centura**

AUDREY M BUTLER
PO BOX 519
PINEHURST, NC 28370-0519

*BANK USE
00000
T   H1
D=0000
C=0000

9/06/06
502 703-207-2

August 7, 2006 - September 6, 2006                                                                 Page 1 of 1

GET A LINE ON YOUR MONEY, 24 HOURS A DAY. By dialing RBC Centura Highway tollfree 1-800-CENTURA (1-800-236-8872), you can check the balance of your accounts, see which checks have cleared, look into your last savings deposit, or find out the current interest rate and annual percentage yield on your RBC Centura accounts. All with the push of a few buttons. In complete privacy, night or day.

*For account inquiries, please call 1-800-CENTURA (1-800-236-8872). In the Rocky Mount, N.C. calling area, please dial 252-454-3775.*
*To change your address, please visit any RBC Centura location or call 1-800-CENTURA (1-800-236-8872) and select option 1; then select option 2; then option 0 and speak with a Financial Services Representative.*

## Checking Summary

Preferred Money Market        # 502 703-207-2

| | | | |
|---|---|---|---|
| Beginning Balance | $ 105,153.61 | Interest Paid This Period | $ 376.88 |
| Additions      + | 376.88 | Interest Paid Year-To-Date | 2,518.39 |
| Reductions     - | .00 | | |
| Ending Balance | $ 105,530.49 | | |

31 Days in Cycle                    Annual Percentage Yield Earned    4.30%

## Checking Detail

| Deposits | | Amount |
|---|---|---|
| 9/06 | Interest Paid on Checking Account | $ 376.88 |

## Checking Balance History

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 9/06 | $ 105,530.49 | | | | |


EXHIBIT 6