EXHIBIT 7



# RBC Dain Rauscher

Member NYSE/SIPC

ACCOUNT SUMMARY STATEMENT
NOVEMBER 2006

FP 02 013141 37215H 40 A**3DGT

AUDREY M BUTLER
PO BOX 519
PINEHURST NC     28370-0519

1101
WM14

## YOUR MESSAGE BOARD

*Over the next few weeks, we hope you have the opportunity to spend quality time with the people who are important to you. And as your thoughts turn to giving gifts to show others what they mean to you, if you have children or grandchildren, please consider contributing to their college education fund. Call your RBC Dain Rauscher Financial Consultant for help investing in their financial future.*

## SUMMARY OF ACCOUNTS

| ACCOUNT NUMBER | ACCOUNT TYPE | CURRENT VALUE | VALUE LAST MONTH | CHANGE IN VALUE |
|---|---|---|---|---|
| 1101-5402-1710 | Individual Retirement Account | $112,902.24 | $111,818.92 | $1,083.32 |
| 1101-5411-3970 | Individual Account | 45,761.38 | 44,487.51 | 1,273.87 |
| Total Value of Accounts | | $158,663.62 | $156,306.43 | $2,357.19 |
| Estimated Accrued Bond Interest | | 17.09 | 17.25 | -0.16 |
| **Total Portfolio Value** | | **$158,680.71** | **$156,323.68** | **$2,357.03** |

*Accrued interest and other investment information is received from sources we believe to be reliable; however, we cannot guarantee the accuracy of these figures. Please see "About Your Statement" on page 2 for further information.*



EXHIBIT
PLAINTIFFS
7-F
OPP. TO MTD

81673  1/9

DST U182-3 (4/05)

Case 1:13-cv-00424-WO-JLW   Document 18-7   Filed 07/12/13   Page 2 of 17

# RBC Dain Rauscher
Member NYSE/SIPC

# INDIVIDUAL RETIREMENT ACCOUNT STATEMENT
## NOVEMBER 1, 2006 - NOVEMBER 30, 2006

## YOUR INFORMATION

**Individual Retirement Account**

AUDREY M BUTLER
INDIVIDUAL RETIREMENT ACCOUNT
RBC DAIN RAUSCHER CUSTODIAN
PO BOX 519
PINEHURST NC 28370-0519

1101
WM14

**Financial Consultant**
Todd C Stout
110 Oakwood Drive
Suite 450
Winston-Salem NC 27103
Telephone: (910)-215-2544 or (888)-215-6606
Fax: (910)-215-2555
E-mail: todd.stout@rbcdain.com
Web: www.drconnect.com

**Branch Director:** David V Dupont
Telephone: (336)-721-6806 or (800)-291-9868

**Complex Director:** Tim Jones
Telephone: (704)-264-2749 or (866)-827-4771

## ACCOUNT VALUE SUMMARY

| | THIS PERIOD | THIS YEAR |
|---|---|---|
| Beginning account value | $111,818.92 | $93,383.60 |
| Deposits | 0.00 | 0.00 |
| Return of principal | 17.30 | 181.53 |
| Withdrawals | 0.00 | -45.00 |
| Income | 273.61 | 2,628.20 |
| Change in asset value | 792.41 | 16,753.91 |
| Ending account value | $112,902.24 | $112,902.24 |

## TOTAL PORTFOLIO VALUE

| | |
|---|---|
| Ending account value | $112,902.24 |
| Estimated accrued interest | 17.09 |
| Total portfolio value | $112,919.33 |

*Please see "About Your Statement" on page 2 for further information.*

## YOUR MESSAGE BOARD

Not FDIC Insured
No Bank Guarantees
May Lose Value

Now that the holidays are upon us, you may be thinking about seasonal celebrations more and investing less. While we want to encourage you to enjoy your time with family and friends to the fullest, we want to remind you time is running out to implement year-end tax planning strategies. For ideas to help reduce your 2006 tax liability, call your RBC Dain Rauscher Financial Consultant and tax advisor today.



# AUDREY M BUTLER
# INDIVIDUAL RETIREMENT ACCOUNT

**ABOUT YOUR ACCOUNT** - Securities in your account are protected up to $500,000 (cash up to $100,000) by the Securities Investor Protection Corporation (SIPC). RBC Dain Rauscher™ has purchased an additional policy covering up to $99.5 million per SIPC qualified account, subject to a total maximum aggregate for RBC Dain Rauscher of $400 million. This protection applies to the physical loss or destruction of your securities; it does not apply to any decline in the market value of your securities. Other investments shown on your statement but not held at RBC Dain Rauscher may not be protected by the SIPC or private insurance policies purchased by RBC Dain Rauscher. For more details, please talk to your Financial Consultant or visit the SIPC website at www.sipc.org.

All securities that we hold for you that are not registered in your name ("street name" securities) are commingled with identical securities being held for other clients. In the event that any such securities are "called" by the issuer, we will determine which clients securities are redeemed using an impartial selection system, as required by New York Stock Exchange (NYSE) rules.

To report a lost or stolen VISA Gold® card, call 1-800-933-9946 or 1-877-486-3696. Questions regarding check activity, money funds balances and VISA Gold card activity, should be directed to Client Account Services at 1-800-933-9946.

A financial statement of this organization is available for your personal inspection at its offices, or a copy of it will be mailed upon your written request.

If you have an option account, each of the transaction confirmations that we sent you itemizes the commissions that you have paid. Upon request, we will also furnish to you a statement of the total option commissions paid by you for this calendar year.

**ABOUT YOUR INVESTMENT OBJECTIVE** - Your current Investment Objective for this account is shown on page 3 of this statement. While portions of your portfolio may be invested more conservatively or more aggressively, your Investment Objective should reflect the level of overall risk you are willing to assume in seeking returns for this account. The range of Investment Objectives from which you may choose is shown below. Please advise your Financial Consultant promptly of any material change in your Investment Objective or financial condition or if the Investment Objective shown for this account does not accurately reflect your current risk tolerance.

| Preservation of Principal/Income (Very Conservative) | Balanced/ Conservative Growth (Conservative) | Growth (Moderate) | Aggressive Growth (Aggressive) | Speculation (Very Aggressive) |
|---|---|---|---|---|

Lower Potential Returns ⟶ Higher Potential Returns
Lower Risk to Principal ⟶ High Risk to Principal

**ABOUT YOUR STATEMENT** - Statements are mailed monthly to clients who have transactions during the month that affect money balances and/or security positions. Statements are mailed quarterly to all other clients provided that their account contains a money or security balance. Please review these statements carefully, and keep them for your records. If you note any discrepancies in your money balance or security positions, or unauthorized activity in your account, please report this to us immediately in writing at the address that appears on the front of your statement.

Your statement is intended to provide only a summary of activity in your account(s) for the statement period. The information provided on the statement includes, among other things, a snapshot of the value of your account(s); a summary of the income you received for the statement and year-to-date periods; contributions to traditional, Roth or other Individual Retirement Account(s); and transactions in mutual funds shares. The presentation of the value of your account(s) value, as well as changes in value, includes all deposits, withdrawals, and other changes in market value. It may also reflect a reduction in value as the result of the return of principal on certain fixed income securities. However, changes in the value of unpriced securities, special products, or accrued interest are not reflected.

If you have questions about your individual tax situation, please consult your tax advisor.

The prices for most securities and certain securities transactions reported on this statement are obtained from independent quotation services whose appraisal(s) are based on closing prices, bid-ask quotations or other factors; however, in some cases RBC Dain Rauscher calculates prices for certain securities using information from independent and internal sources. If you hold municipal revenue bonds, please be aware that the price you may receive on their sale may vary significantly from the price shown on your statement. Moreover, certain securities may have unique valuation requirements. Certain securities prices may not be current as of the statement date, and certain adjustments to your holdings may not yet have been included. If you purchase and/or hold securities traded in a market outside of the United States, and/or denominated in a currency other than United States dollars, the price of those securities will be converted into United States dollars for inclusion on your statement. The risks of adverse changes in the value of non-United States currencies relative to the United States dollar are borne by you. RBC Dain Rauscher does not hedge or otherwise mitigate such risks. While we obtain pricing and currency conversion information from sources that we believe are reliable, RBC Dain Rauscher cannot guarantee the accuracy of the prices and currency conversion information that appear on your statement. You should always request a current valuation of your securities prior to making an investment decision or placing an order to buy or sell securities. Note that securities that are not actively traded have not been priced and, therefore, are excluded from the total shown in your summary.

Your statement also includes a summary of the short- or long-term gain or loss from the sale of selected securities in non-retirement accounts. "Short-term" refers to securities held for less than one year, "long-term" refers to securities held more than one year. RBC Dain Rauscher provides gain/loss information as a service to its clients; the information may not be accurate for tax reporting or other purposes and may rely on information such as the original cost basis for a security, that you or another source at your direction provided to RBC Dain Rauscher. Gain/loss information may also reflect a change in the value of certain fixed income and other securities that return or amortize principal over time.

If you have elected to receive interest on free credit balances maintained in your account, please be advised that under federal securities laws and the rules of the NYSE, we are permitted to pay such interest only on balances arising as an incidence of securities trading activities. We may use a free credit balance in your account in the course of our business, subject to limitations of 17CFR Section 240.15c3-3 under the Securities Exchange Act of 1934. You may demand and receive from us during normal business hours the delivery of any free credit balances to which you are entitled, and fully paid securities to which you are entitled, and/or any securities purchased in your loan account upon full payment of any indebtedness to us.

If this is a margin account and we maintain a special memorandum account for you, this is a combined statement of both your general account and the special memorandum account maintained for you under Regulation T of the Federal Reserve system. The permanent record of the special memorandum account as required by Regulation T is available for your inspection at your request. RBC Dain Rauscher reserves the right to limit margin purchases and short sales and to alter its margin requirements and due dates for house or other margin calls in accordance with the firm's guidelines, market conditions and regulatory requirements.

The prices reported on your RBC Dain Rauscher statement for securities issued through or by a Direct Participation Program, Real Estate Investment Trust, or Private Securities, including Hedge Funds are estimates. RBC Dain Rauscher does not calculate the prices of these securities, and has not confirmed these prices or verified that they are determined correctly. Instead, RBC Dain Rauscher relies on independent quotation services or the management, trustee or general partner of the issuer of the securities to provide such prices. The prices may be based on independent appraisals, the book value of the entity's assets, the prices paid or offered for the securities, or another method or basis (or a combination of any of these). These securities are illiquid, and do not trade in a public market. Consequently, the estimated value of the securities (which is shown on your statement) may not equal the amount(s) that you receive if you attempt to sell your investment. In some cases, accurate valuation information relating to these securities may not be available. For current or estimated price information on the estimated value of the securities, the source of the actual or estimated value of the securities, or the method by which the value was determined or estimated, please contact your Financial Consultant.

NASD Public Disclosure Program -- The National Association of Securities Dealers (NASD) has made available to investors a Public Disclosure pamphlet for your information. To obtain a copy of the brochure, please contact the NASD at 1-800-289-9999 or visit their website at www.nasd.com.



# RBC Dain Rauscher
Member NYSE/SIPC

# INDIVIDUAL RETIREMENT ACCOUNT STATEMENT
## NOVEMBER 1, 2006 - NOVEMBER 30, 2006

## ASSET ALLOCATION SUMMARY



| | CURRENT VALUE | PERCENT |
|---|---|---|
| ☐ Cash and money market | $1,178.03 | 1% |
| ▨ US equities | 35,300.12 | 31% |
| ▨ International equities | 12,177.50 | 11% |
| ▨ Taxable fixed income | 2,058.67 | 2% |
| ▨ Mixed assets | 41,691.16 | 37% |
| ■ Other assets | 20,496.76 | 18% |
| **Current account value** | **$112,902.24** | **100%** |

*Mutual funds are included in the above categories. Funds that invest in more than one category are reported as "Mixed Assets."*
*The cash and money market figure is net of debits including any margin debit, if applicable.*

## INVESTMENT OBJECTIVE
The investment objective for this account is: **Growth**

*If your investment objective for this account is not listed, or if your investment needs have changed, please discuss with your Financial Consultant. Please see "About Your Investment Objective" on page 2 for further information.*

## GAIN/LOSS SUMMARY

| | THIS PERIOD | THIS YEAR |
|---|---|---|
| Total realized gain or loss | $0.00 | $0.00 |
| Short-term gain or loss | 0.00 | 0.00 |
| Long-term gain or loss | 0.00 | 0.00 |
| | | AS OF NOVEMBER 30, 2006 |
| Unrealized gain or loss | | $8,142.50 |

*Gain/loss information is presented only for selected securities. Gain/loss information, if presented, includes only the securities for which we have original cost information. If you know the original cost of securities not purchased at RBC Dain Rauscher but included in your RBC Dain Rauscher statement under "Asset Detail" and marked as N/A, please contact your Financial Consultant. Please see "About Your Statement" on page 2 for further information.*

## ACTIVITY SUMMARY

| | | |
|---|---|---|
| Total account value last statement | | $111,818.92 |
| **Cash/Money market activity** | | |
| Beginning balance | | 1,130.52 |
| Money coming into your account | | |
| Return of principal | 17.30 | |
| Interest | 17.25 | |
| Dividends | 25.84 | |
| Other income | 230.52 | |
| Total | 290.91 | |
| Money going out of your account | | |
| Funds to purchase securities | -243.40 | |
| Total | -243.40 | |
| Ending Balance | | 1,178.03 |
| **Net change cash/money market activity** | | $47.51 |
| **Change in security value** | | |
| Beginning value of priced securities | | 110,688.40 |
| Securities purchased | 243.40 | |
| Return of principal | -17.30 | |
| Change in value of priced securities | 809.71 | |
| Ending value of priced securities | | 111,724.21 |
| **Net change in securities value** | | $1,035.81 |
| Total account value as of November 30, 2006 | | $112,902.24 |

AUDREY M BUTLER
INDIVIDUAL RETIREMENT ACCOUNT

J-L

## ASSET DETAIL

*The Unrealized Gain/Loss may not reflect your investment's total return. Specifically, the net cost may include dividend and capital gains distributions which have been reinvested. Additionally, the information that appears in these columns may be based on information provided by you or at your direction. RBC Dain Rauscher has not verified such data. Please see "About Your Statement" on page 2 for further information.

Your Financial Consultant has elected to display Asset Detail with the following options: asset purchases (tax lots) consolidated.

### CASH AND MONEY MARKET

| DESCRIPTION | SYMBOL | QUANTITY | MARKET PRICE | CURRENT MARKET VALUE | PREVIOUS STATEMENT MARKET VALUE | YTD INCOME |
|---|---|---|---|---|---|---|
| TAMARACK INVT FDS PRIME | TMPX+ | 1,178.030 | $1.000 | $1,178.03 | $1,130.52 | $21.88 |
| **TOTAL CASH AND MONEY MARKET** | | | | **$1,178.03** | | |

### US EQUITIES

| DESCRIPTION | SYMBOL | QUANTITY | MARKET PRICE | MARKET VALUE | NET COST * | UNREALIZED GAIN/LOSS * | US ESTIMATED ANNUAL INCOME |
|---|---|---|---|---|---|---|---|
| AGERE SYSTEMS INC | AGR | 1.300 | $17.920 | $23.30 | N/A | N/A | |
| AVAYA INC | AV | 4.000 | $12.780 | $51.12 | N/A | N/A | |
| BANK OF AMERICA CORP | BAC | 114.266 | $53.850 | $6,153.27 | N/A | N/A | $255.95 |
| CISCO SYS INC | CSCO | 200.000 | $26.910 | $5,382.00 | N/A | N/A | |
| CORNING INC | GLW | 30.000 | $21.560 | $646.80 | N/A | N/A | |
| GENERAL ELECTRIC CO | GE | 164.542 | $35.280 | $5,805.06 | N/A | N/A | $164.54 |
| INTEL CORP | INTC | 103.606 | $21.395 | $2,216.65 | N/A | N/A | $41.44 |
| LUCENT TECHNOLOGIES INC | LU | 50.000 | $2.550 | $127.50 | N/A | N/A | |
| TEXAS INSTRUMENTS INC | TXN | 101.335 | $29.550 | $2,994.48 | N/A | N/A | $16.21 |
| WAL-MART STORES INC | WMT | 184.544 | $46.100 | $8,507.51 | N/A | N/A | $123.64 |
| WENDYS INTL INC | WEN | 104.158 | $32.570 | $3,392.43 | N/A | N/A | $35.41 |
| **TOTAL US EQUITIES** | | | | **$35,300.12** | **$0.00** | **$0.00** | **$637.19** |

# RBC Dain Rauscher
Member NYSE/SIPC

# INDIVIDUAL RETIREMENT ACCOUNT STATEMENT
## NOVEMBER 1, 2006 - NOVEMBER 30, 2006

## INTERNATIONAL EQUITIES

| DESCRIPTION | SYMBOL | QUANTITY | MARKET PRICE | MARKET VALUE | NET COST * | UNREALIZED GAIN/LOSS * | ESTIMATED ANNUAL INCOME |
|---|---|---|---|---|---|---|---|
| AMERICAN MOVIL SERIES L 1 ADR SHS REP 20 L SHS | AMX | 124.214 | $44.470 | $5,523.84 | N/A | N/A | $34.78 |
| TELEFONOS DE MEXICO DE C V AMERICAN DEPOSITARY SHARES | TMX | 89.289 | $26.100 | $2,330.46 | N/A | N/A | $64.28 |
| TIM HORTONS INC | THI | 140.000 | $30.880 | $4,323.20 | N/A | N/A | $33.60 |
| **TOTAL INTERNATIONAL EQUITIES** | | | | **$12,177.50** | **$0.00** | **$0.00** | **$132.66** |

## TAXABLE FIXED INCOME

| DESCRIPTION | SYMBOL/CUSIP | QUANTITY | MARKET PRICE | MARKET VALUE/ACCRUED INTEREST | NET COST * | UNREALIZED GAIN/LOSS * | ESTIMATED ANNUAL INCOME |
|---|---|---|---|---|---|---|---|
| GOVT NATL MTG ASSN POOL 38342 CPN: 11.000% DUE: 03/15/2010 DTD: 03/01/1980 FC: 04/15/1980 FACTOR .01423451 CURR BAL 355.86 | 362068S74 | 25,000.000 | $107.535 | $382.68 $3.26 | N/A | N/A | $39.14 |
| GOVT NATL MTG ASSN POOL 123908 CPN: 11.000% DUE: 09/15/2015 DTD: 10/01/1985 FACTOR .03016997 CURR BAL 1,508.49 | 362144R58 | 50,000.000 | $111.103 | $1,675.99 $13.83 | N/A | N/A | $165.93 |
| **TOTAL TAXABLE FIXED INCOME** | | **75,000.000** | | **$2,058.67** | **$0.00** | **$0.00** | **$205.07** |
| **ESTIMATED ACCRUED BOND INTEREST** | | | | **$17.09** | | | |

## MIXED ASSETS

| DESCRIPTION | SYMBOL | QUANTITY | MARKET PRICE | MARKET VALUE | NET COST * | | UNREALIZED GAIN/LOSS * | ESTIMATED ANNUAL INCOME |
|---|---|---|---|---|---|---|---|---|
| CAPITAL INCOME BUILDER CL C D/S | CIBCX | 680.672 | $61.250 | $41,691.16 | $30,122.02 $3,426.66 | Purchase Reinvest | $7,592.06 $550.44 | $1,157.14 |
| **TOTAL MIXED ASSETS** | | | | **$41,691.16** | **$33,548.68** | | **$8,142.50** | **$1,157.14** |

9-L

AUDREY M BUTLER
INDIVIDUAL RETIREMENT ACCOUNT

## OTHER ASSETS

| DESCRIPTION | SYMBOL | QUANTITY | MARKET PRICE | MARKET VALUE | NET COST * | UNREALIZED GAIN/LOSS * | ESTIMATED ANNUAL INCOME |
|---|---|---|---|---|---|---|---|
| ALLIANCEBERNSTEIN HLDG LP UNIT LTD PARTNERSHIP INTERESTS | AB | 267.966 | $76.490 | $20,496.76 | N/A | N/A | $932.52 |
| **TOTAL OTHER ASSETS** | | | | **$20,496.76** | **$0.00** | **$0.00** | **$932.52** |

## ACTIVITY DETAIL

*Realized gain/loss column includes fees and commissions. It does not include accrued interest.*

*Purchases, sales and other activity all represent an exchange of cash and/or money market funds for securities and, as such, do not represent deposits to or withdrawals from your account. Account value changes due to commissions, mark downs and accrued interest are shown in the "Change in value of priced securities" line of the Account Value Summary.*

*\* Information that appears in these columns may be based on information provided by you or at your direction; RBC Dain Rauscher has not verified such data. Please see "About Your Statement" on page 2 for further information.*

## PURCHASES

### Regular purchases

| DATE | DESCRIPTION | QUANTITY | PRICE | NET COST | COMMENTS |
|---|---|---|---|---|---|
| 11/16/06 | ALLIANCEBERNSTEIN HLDG LP UNIT LTD PARTNERSHIP INTERESTS | 2.998 | $76.880 | -$230.52 | REINVEST |
| 11/20/06 | TEXAS INSTRUMENTS INC 11/20/06 @ 30.03 | 0.134 | $30.030 | -$4.05 | REINVEST |
| 11/20/06 | WENDYS INTL INC 11/20/06 @ 33.70 | 0.262 | $33.700 | -$8.83 | REINVEST |
| **Total regular purchases** | | | | **-$243.40** | |
| **TOTAL PURCHASES** | | | | **-$243.40** | |

# RBC Dain Rauscher
Member NYSE/SIPC

# INDIVIDUAL RETIREMENT ACCOUNT STATEMENT
NOVEMBER 1, 2006 - NOVEMBER 30, 2006

## RETURN OF PRINCIPAL

| DATE | DESCRIPTION | AMOUNT | COMMENTS |
|---|---|---|---|
| 11/15/06 | GOVT NATL MTG ASSN POOL 38342 CPN 11.000% DUE 3/15/10 | $8.04 | PRINCIPAL |
| 11/15/06 | GOVT NATL MTG ASSN POOL 123908 CPN 11.000% DUE 9/15/15 | $9.26 | PRINCIPAL |

**TOTAL RETURN OF PRINCIPAL** $17.30

## INCOME

### Interest

| DATE | DESCRIPTION | SYMBOL/CUSIP | AMOUNT | COMMENTS |
|---|---|---|---|---|
| 11/15/06 | GOVT NATL MTG ASSN POOL 38342 CPN 11.000% DUE 3/15/10 | 362068-S7-4 | $3.34 | |
| 11/15/06 | GOVT NATL MTG ASSN POOL 123908 CPN 11.000% DUE 9/15/15 | 362144-R5-8 | $13.91 | |

**Total interest** $17.25

### Dividends

| DATE | DESCRIPTION | SYMBOL/CUSIP | AMOUNT | COMMENTS |
|---|---|---|---|---|
| 11/20/06 | TEXAS INSTRUMENTS INC DIVIDEND | TXN | $4.05 | |
| 11/20/06 | WENDYS INTL INC DIVIDEND | WEN | $8.83 | |
| 11/21/06 | TIM HORTONS INC DIVIDEND | THI | $8.60 | |
| 11/30/06 | TAMARACK INVT FDS PRIME DIVIDEND REINVEST | | $4.36 | 4.62% AVERAGE YIELD FOR MONTH |

**Total dividends** $25.84

AUDREY M BUTLER
INDIVIDUAL RETIREMENT ACCOUNT

## INCOME

**Other**

| DATE | DESCRIPTION | SYMBOL/CUSIP | AMOUNT | COMMENTS |
|---|---|---|---|---|
| 11/16/06 | ALLIANCEBERNSTEIN HLDG LP UNIT LTD PARTNERSHIP INTERESTS | | $230.52 | |

**TOTAL INCOME** $273.61

## RETIREMENT ACCOUNT INFORMATION

### CONTRIBUTIONS

| DESCRIPTION | IRA | ROLLOVER | DIRECT ROLLOVER | RECHARACTERIZATION |
|---|---|---|---|---|
| DEPOSITED IN 2005 FOR 2005 | $0.00 | $0.00 | $0.00 | $0.00 |
| DEPOSITED IN 2006 FOR 2005 | $0.00 | $0.00 | $0.00 | $0.00 |
| DEPOSITED IN 2006 FOR 2006 | $0.00 | $0.00 | $0.00 | $0.00 |

### TRANSFERS

| | AMOUNT |
|---|---|
| TRANSFERRED IN 2005 | $0.00 |
| TRANSFERRED IN 2006 | $0.00 |

### DISTRIBUTIONS

| DESCRIPTION | DISTRIBUTION | FEDERAL WITHHOLDING | STATE WITHHOLDING |
|---|---|---|---|
| DISTRIBUTED IN 2006 | $0.00 | $0.00 | $0.00 |

### PRIMARY BENEFICIARY INFORMATION

ESTATE          100.00%

# RBC Dain Rauscher
Member NYSE/SIPC

# INDIVIDUAL RETIREMENT ACCOUNT STATEMENT
NOVEMBER 1, 2006 - NOVEMBER 30, 2006

H-7

## RETIREMENT ACCOUNT INFORMATION (continued)

### REQUIRED MINIMUM DISTRIBUTIONS

| FAIR MARKET VALUE | ADDITIONAL FMV | FACTOR | RMD | REMAINING RMD |
|---|---|---|---|---|
| $93,383.54 | $0.00 | 20.3 | $4,600.17 | $4,600.17 |

Our records indicate you turn(ed) 70 1/2 on 09/29/1998.
Your next scheduled distribution date is N/A.
The Fair Market Value is based on the value of the account as of 12/31/2005.
Additional Fair Market Value is based upon information you have provided to your Financial Consultant, and is added to your Fair Market Value for purposes of determining your current year RMD. This value includes direct rollovers, and/or rollovers that were withdrawn the previous year and deposited during the current year, or any contributions that were deposited the previous year and recharacterized during the current year.
RBC Dain Rauscher has calculated your RMD based on the final RMD regulations issued by the IRS on April 17, 2002. The RMD reflected above is for this RBC Dain Rauscher account only. You will need to separately calculate the RMD for any additional retirement plans you may have. Please consult your tax advisor.

## MONEY MARKET DETAIL
*Transaction details are only provided for Tamarack funds and Federated Funds if your account is set up for automated sweep.*

### TAMARACK INVT FDS PRIME

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/01/2006 | BALANCE FORWARD | 1,130.52 |
| 11/16/2006 | PURCHASE | 34.55 |
| 11/22/2006 | PURCHASE | 8.60 |
| 11/30/2006 | DIVIDEND REINVEST | 4.36 |
| 11/30/2006 | ENDING BALANCE | 1,178.03 |

81673 6/9

DST U182-3 (4/05)



# RBC Dain Rauscher
Member NYSE/SIPC

# ACCOUNT STATEMENT

NOVEMBER 1, 2006 - NOVEMBER 30, 2006

AUDREY M BUTLER
PO BOX 519
PINEHURST NC    28370-0519

1101
WM14

## ACCOUNT VALUE SUMMARY

|  | THIS PERIOD | THIS YEAR |
|---|---|---|
| Beginning account value | $44,487.51 | $42,463.30 |
| Taxable income | 27.21 | 370.18 |
| Taxes withheld | 0.00 | -8.19 |
| Change in asset value | 1,246.66 | 2,936.09 |
| Ending account value | $45,761.38 | $45,761.38 |

## YOUR MESSAGE BOARD

*Not FDIC Insured*
*No Bank Guarantees*
*May Lose Value*

*Now that the holidays are upon us, you may be thinking about seasonal celebrations more and investing less. While we want to encourage you to enjoy your time with family and friends to the fullest, we want to remind you time is running out to implement year-end tax planning strategies. For ideas to help reduce your 2006 tax liability, call your RBC Dain Rauscher Financial Consultant and tax advisor today.*

## YOUR INFORMATION

**Individual Account**

**Financial Consultant**
Todd C Stout
110 Oakwood Drive
Suite 450
Winston-Salem NC 27103
Telephone:   (910)-215-2544 or (888)-215-6606
Fax:              (910)-215-2555
E-mail:   todd.stout@rbcdain.com
Web:     www.drconnect.com

**Branch Director:** David V Dupont
Telephone: (336)-721-6806 or (800)-291-9868

**Complex Director:** Tim Jones
Telephone: (704)-264-2749 or (866)-827-4771

81673  7/9

DST U182-3 (4/05)

AUDREY M BUTLER
PO BOX 519

**ABOUT YOUR ACCOUNT** - Securities in your account are protected up to $500,000 (cash up to $100,000) by the Securities Investor Protection Corporation (SIPC). RBC Dain Rauscher™ has purchased an additional policy covering up to $99.5 million per SIPC qualified account, subject to a total maximum aggregate for RBC Dain Rauscher of $400 million. This protection applies to the physical loss or destruction of your securities; it does not apply to any decline in the market value of your securities. Other investments shown on your statement but not held at RBC Dain Rauscher may not be protected by the SIPC or private insurance policies purchased by RBC Dain Rauscher. For more details, please talk to your Financial Consultant or visit the SIPC website at www.sipc.org.

All securities that we hold for you that are not registered in your name ("street name" securities) are commingled with identical securities being held for other clients. In the event that any such securities are "called" by the issuer, we will determine which clients' securities are redeemed using an impartial selection system, as required by New York Stock Exchange (NYSE) rules.

To report a lost or stolen VISA Gold® card, call 1-800-933-9946 or 1-877-486-3696. Questions regarding check activity, money funds balances and VISA Gold card activity should be directed to Client Account Services at 1-800-933-9946.

A financial statement of this organization is available for your personal inspection at its offices, or a copy of it will be mailed upon your written request.

If you have an option account, each of the transaction confirmations that we sent you itemizes the commissions that you have paid. Upon request, we will also furnish to you a statement of the total option commissions paid by you for this calendar year.

**ABOUT YOUR INVESTMENT OBJECTIVE** - Your current Investment Objective for this account is shown on page 3 of this statement. While portions of your portfolio may be invested more conservatively or more aggressively, your Investment Objective should reflect the level of overall risk you are willing to assume in seeking returns for this account. The range of Investment Objectives from which you may choose is shown below. Please advise your Financial Consultant promptly of any material change in your Investment Objective or financial condition or if the Investment Objective shown for this account does not accurately reflect your current risk tolerance.

| Preservation of Principal/Income (Very Conservative) | Balanced/ Conservative Growth (Conservative) | Growth (Moderate) | Aggressive Growth (Aggressive) | Speculation (Very Aggressive) |
|---|---|---|---|---|
| Lower Potential Returns | | | | Higher Potential Returns |
| Lower Risk to Principal | | | | High Risk to Principal |

**ABOUT YOUR STATEMENT** - Statements are mailed monthly to clients who have transactions during the month that affect money balances and/or security positions. Statements are mailed quarterly to all other clients provided that their account contains a money or security balance. Please review these statements carefully, and keep them for your records. If you note any discrepancies in your money balance or security positions, or unauthorized activity in your account, please report this to us immediately in writing at the address that appears on the front of your statement.

Your statement is intended to provide only a summary of activity in your account(s) for the statement period. The information provided on the statement includes, among other things, a snapshot of the value of your account(s); a summary of the income you received for the statement and year-to-date periods; contributions to traditional, Roth or other Individual Retirement Account(s); and transactions in mutual funds shares. The presentation of the value of your account(s) value, as well as changes in value, includes all deposits, withdrawals, and other changes in market value. It may also reflect a reduction in value as the result of the return of principal on certain fixed income securities. However, changes in the value of unpriced securities, special products, or accrued interest are not reflected.

If you have questions about your individual tax situation, please consult your tax advisor.

The prices for most securities and certain securities transactions reported on this statement are obtained from independent quotation services whose appraisal(s) are based on closing prices, bid-ask quotations or other factors; however, in some cases RBC Dain Rauscher calculates prices for certain securities using information from independent and internal sources. If you hold municipal revenue bonds, please be aware that the price you may receive on their sale may vary significantly from the price shown on your statement. Moreover, certain securities may have unique valuation requirements. Certain securities prices may not be current as of the statement date, and certain adjustments to your holdings may not yet have been included. If you purchase and/or hold securities traded in a market outside of the United States, and/or denominated in a currency other than United States dollars, the price of those securities will be converted into United States dollars for inclusion on your statement. The risks of adverse changes in the value of non-United States currencies relative to the United States dollar are borne by you; RBC Dain Rauscher does not hedge or otherwise mitigate such risks. While we obtain pricing and currency conversion information from sources that we believe are reliable, RBC Dain Rauscher cannot guarantee the accuracy of the prices and currency conversion information that appear on your statement. You should always request a current valuation of your securities prior to making an investment decision or placing an order to buy or sell securities. Note that securities that are not actively traded have not been priced and, therefore, are excluded from the total shown in your summary.

Your statement also includes a summary of the short- or long-term gain or loss from the sale of selected securities in non-retirement accounts. "Short-term" refers to securities held for less than one year; "long-term" refers to securities held more than one year. RBC Dain Rauscher provides gain/loss information as a service to its clients; the information may not be accurate for tax reporting or other purposes and may rely on information such as the original cost basis for a security, that you or another source at your direction provided to RBC Dain Rauscher. Gain/loss information may also reflect a change in the value of certain fixed income and other securities that return or amortize principal over time.

If you have elected to receive interest on free credit balances maintained in your account, please be advised that under federal securities laws and the rules of the NYSE, we are permitted to pay such interest only on free credit balances to which you are entitled, and fully-paid securities to which you are entitled, and/or any balances arising as an incidence of securities trading activities. We may use a free credit balance in your account in the course of our business, subject to limitations of 17CFR Section 240.15c3-3 under the Securities Exchange Act of 1934. You may demand and receive from us during normal business hours the delivery of any free credit balances to which you are entitled, and fully-paid securities to which you are entitled, and/or any securities purchased in your loan account upon full payment of any indebtedness to us.

If this is a margin account and we maintain a special memorandum account for you, this is a combined statement of both your general account and the special memorandum account maintained for you under Regulation T of the Federal Reserve system. The permanent record of the special memorandum account as required by Regulation T is available for your inspection at your request. RBC Dain Rauscher reserves the right to limit margin purchases and short sales and to alter its margin requirements and due dates for house or other margin calls in accordance with the firm's guidelines, market conditions and regulatory requirements.

The prices reported on your RBC Dain Rauscher statement for securities issued through or by a Direct Participation Program, Real Estate Investment Trust, or Private Securities, including Hedge Funds are estimates. RBC Dain Rauscher does not calculate the prices of these securities, and has not confirmed these prices or verified that they are determined correctly. Instead, RBC Dain Rauscher relies on independent quotation services or the management, trustee or general partner of the issuer of the securities to provide such prices. The prices may be based on independent appraisals, the book value of the entity's assets, prices paid or offered for the securities, or another method or basis (or a combination of any of these). These securities are illiquid, and do not trade in a public market. Consequently, the estimated value of the securities (which is shown on your statement) may not equal the amount(s) that you receive if you attempt to sell your investment. In some cases, accurate valuation information relating to these securities may not be available. For current or estimated price information on the estimated value of the securities, the source of the actual or estimated value of the securities, or the method by which the value was determined or estimated, please contact your Financial Consultant.

NASD Public Disclosure Program -- The National Association of Securities Dealers (NASD) has made available to investors a Public Disclosure pamphlet for your information. To obtain a copy of the brochure, please contact the NASD at 1-800-289-9999 or visit their website at www.nasd.com.



# RBC Dain Rauscher
Member NYSE/SIPC

## ACCOUNT STATEMENT
NOVEMBER 1, 2006 - NOVEMBER 30, 2006

## ACTIVITY SUMMARY

| | | |
|---|---:|---:|
| Total account value last statement | | $44,487.51 |
| **Cash/Money market activity** | | |
| Beginning balance | | 2,687.01 |
| Money coming into your account | | |
| Dividends | 27.21 | |
| Total | | 27.21 |
| Money going out of your account | | |
| Total | | 0.00 |
| Ending Balance | | 2,714.22 |
| Net change cash/money market activity | | $27.21 |
| **Change in security value** | | |
| Beginning value of priced securities | | 41,800.50 |
| Change in value of priced securities | | 1,246.66 |
| Ending value of priced securities | | 43,047.16 |
| Net change in securities value | | $1,246.66 |
| Total account value as of November 30, 2006 | | $45,761.38 |

## ASSET ALLOCATION SUMMARY

| | CURRENT VALUE | PERCENT |
|---|---:|---:|
| Cash and money market | $2,714.22 | 6% |
| US equities | 23,502.76 | 52% |
| International equities | 2,426.40 | 5% |
| Taxable fixed income | 17,118.00 | 37% |
| **Current account value** | **$45,761.38** | **100%** |

*Mutual funds are included in the above categories. Funds that invest in more than one category are reported as "Mixed Assets."*
*The cash and money market figure is net of debits including any margin debit, if applicable.*

## INVESTMENT OBJECTIVE
The investment objective for this account is: **Growth**

*If your investment objective for this account is not listed, or if your investment needs have changed, please discuss with your Financial Consultant. Please see "About Your Investment Objective" on page 2 for further information.*

## GAIN/LOSS SUMMARY

| | THIS PERIOD | THIS YEAR |
|---|---:|---:|
| Total realized gain or loss | $0.00 | $0.00 |
| Short-term gain or loss | 0.00 | 0.00 |
| Long-term gain or loss | 0.00 | 0.00 |
| | | AS OF NOVEMBER 30, 2006 |
| Unrealized gain or loss | | $2,118.00 |

*Gain/loss information is presented only for selected securities. Gain/loss information, if presented, includes only the securities for which we have original cost information. If you know the original cost of securities not purchased at RBC Dain Rauscher but included in your RBC Dain Rauscher statement under "Asset Detail" and marked as N/A, please contact your Financial Consultant. Please see "About Your Statement" on page 2 for further information.*

AUDREY M BUTLER
PO BOX 519

## ASSET DETAIL

*The Unrealized Gain/Loss may not reflect your investment's total return. Specifically, the net cost may include dividend and capital gains distributions which have been reinvested. Additionally, the information that appears in these columns may be based on information provided by you or at your direction. RBC Dain Rauscher has not verified such data. Please see "About Your Statement" on page 2 for further information.*

*Your Financial Consultant has elected to display Asset Detail with the following options: asset purchases (tax lots) consolidated.*

### CASH AND MONEY MARKET

| DESCRIPTION | SYMBOL | QUANTITY | MARKET PRICE | CURRENT MARKET VALUE | PREVIOUS STATEMENT MARKET VALUE | YTD INCOME |
|---|---|---|---|---|---|---|
| TAMARACK INVT FDS PRIME | TMPX+ | 2,714.220 | $1.000 | $2,714.22 | $2,687.01 | $47.47 |

**TOTAL CASH AND MONEY MARKET**     **$2,714.22**

### US EQUITIES

| DESCRIPTION | SYMBOL | QUANTITY | MARKET PRICE | MARKET VALUE | NET COST* | UNREALIZED GAIN/LOSS* | ESTIMATED ANNUAL INCOME |
|---|---|---|---|---|---|---|---|
| AGERE SYSTEMS INC | AGR | 2.000 | $17.920 | $35.84 | N/A | N/A | |
| AIRNET COMMUNICATIONS CO | ANCCQ | 5.000 | N/P | $0.00 | N/A | N/A | |
| CISCO SYS INC | CSCO | 200.000 | $26.910 | $5,382.00 | N/A | N/A | |
| CLARENT CORP | CLRN | 41.000 | $0.015 | $0.62 | N/A | N/A | |
| COMPUTER SCIENCES CORP | CSC | 50.000 | $52.200 | $2,610.00 | N/A | N/A | |
| CORNING INC | GLW | 50.000 | $21.550 | $1,078.00 | N/A | N/A | |
| GENERAL ELECTRIC CO | GE | 60.000 | $35.280 | $2,116.80 | N/A | N/A | $60.00 |
| LUCENT TECHNOLOGIES INC | LU | 100.000 | $2.550 | $255.00 | N/A | N/A | $20.00 |
| MAXIMUS INC | MMS | 50.000 | $29.260 | $1,463.00 | N/A | N/A | $96.00 |
| QUALCOMM INC | QCOM | 200.000 | $36.590 | $7,318.00 | N/A | N/A | $48.00 |
| RAYTHEON CO | RTN | 50.000 | $51.040 | $2,552.00 | N/A | N/A | $10.05 |
| WAL-MART STORES INC | WMT | 15.000 | $46.100 | $691.50 | N/A | N/A | |
| | | | | $23,502.76 | $0.00 | $0.00 | $234.05 |

**TOTAL US EQUITIES**

# RBC Dain Rauscher
Member NYSE/SIPC

## ACCOUNT STATEMENT
NOVEMBER 1, 2006 - NOVEMBER 30, 2006

### INTERNATIONAL EQUITIES

| DESCRIPTION | SYMBOL | QUANTITY | MARKET PRICE | MARKET VALUE | NET COST * | UNREALIZED GAIN/LOSS * | ESTIMATED ANNUAL INCOME |
|---|---|---|---|---|---|---|---|
| NOKIA CORP SPONSORED ADR | NOK | 120.000 | $20.220 | $2,426.40 | N/A | N/A | $38.40 |
| **TOTAL INTERNATIONAL EQUITIES** | | | | **$2,426.40** | **$0.00** | **$0.00** | **$38.40** |

### TAXABLE FIXED INCOME

| DESCRIPTION | SYMBOL/CUSIP | QUANTITY | MARKET PRICE | MARKET VALUE | NET COST * | UNREALIZED GAIN/LOSS * | ESTIMATED ANNUAL INCOME |
|---|---|---|---|---|---|---|---|
| RBC CENTURA NASDAQ-100 ROCKY MOUNT NC CD FDIC B/E PRIN&INT TO $100,000 DUE: 01/21/2009 DTD: 07/21/2003 | 74926DAV9 | 15,000.000 | $114.120 | $17,118.00 | $15,000.00 | $2,118.00 | |
| **TOTAL TAXABLE FIXED INCOME** | | 15,000.000 | | **$17,118.00** | **$15,000.00** | **$2,118.00** | |

AUDREY M BUTLER
PO BOX 519

d-2

## ACTIVITY DETAIL

*Realized gain/loss column includes fees and commissions. It does not include accrued interest.*

*Purchases, sales and other activity all represent an exchange of cash and/or money market funds for securities and, as such, do not represent deposits to or withdrawals from your account. Account value changes due to commissions, mark ups, mark downs and accrued interest are shown in the "Change in value of priced securities" line of the Account Value Summary.*

*\* Information that appears in these columns may be based on information provided by you or at your direction; RBC Dain Rauscher has not verified such data. Please see "About Your Statement" on page 2 for further information.*

### TAXABLE INCOME

**Dividends**

| DATE | DESCRIPTION | SYMBOL/CUSIP | AMOUNT | COMMENTS |
|---|---|---|---|---|
| 11/01/06 | RAYTHEON CO DIVIDEND | RTN | $12.00 | |
| 11/29/06 as of 11/30/06 | MAXIMUS INC DIVIDEND | MMS | $5.00 | |
| 11/30/06 | TAMARACK INVT FDS PRIME DIVIDEND REINVEST | | $10.21 | 4.62% AVERAGE YIELD FOR MONTH |

**Total dividends** $27.21

**TOTAL TAXABLE INCOME** $27.21

## MONEY MARKET DETAIL

*\* Transaction details are only provided for Tamarack funds and Federated Funds if your account is set up for automated sweep.*

### TAMARACK INVT FDS PRIME

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/01/2006 | BALANCE FORWARD | 2,687.01 |
| 11/06/2006 | PURCHASE | 12.00 |
| 11/30/2006 | DIVIDEND REINVEST | 10.21 |
| 11/30/2006 | PURCHASE | 5.00 |
| 11/30/2006 | ENDING BALANCE | 2,714.22 |