**EXHIBIT 14**



**RBC Centura**

AUDREY M BUTLER
PO BOX 519
PINEHURST NC 28370-0519

*Plaintiff's Exhibit 14 - Opp to MTD*

BANK USE
00019
HL
D=0024
C=0002

12/06/06
502 301-343-5

November 7, 2006 - December 6, 2006                                                       Page 1 of 3

GET A LINE ON YOUR MONEY, 24 HOURS A DAY. By dialing RBC Centura Highway tollfree 1-800-CENTURA (1-800-236-8872), you can check the balance of your accounts, see which checks have cleared, look into your last savings deposit, or find out the current interest rate and annual percentage yield on your RBC Centura accounts. All with the push of a few buttons. In complete privacy, night or day.

For account inquiries, please call 1-800-CENTURA (1-800-236-8872). In the Rocky Mount, N.C. calling area, please dial 252-454-3775.
To change your address, please visit any RBC Centura location or call 1-800-CENTURA (1-800-236-8872) and select option 1; then select option 2; then option 0 and speak with a Financial Services Representative.

### Esteem Relationship Accounts

| Account | Number | Balance |
|---|---|---|
| Certificate of Deposit | #502 904-007-6 | $ 15,860.00 |
| Certificate of Deposit | #502 902-490-6 | 35,531.76 |
| Certificate of Deposit | #502 902-420-1 | 35,824.51 |
| Certificate of Deposit | #502 903-994-8 | 23,530.05 |
| Certificate of Deposit | #502 902-419-9 | 24,584.28 |
| Certificate of Deposit | #502 903-937-4 | 26,736.75 |
| IRA | #502 902-466-6 | 20,900.77 |
| IRA | #502 902-465-8 | 59,501.29 |
| IRA | #502 903-121-7 | 496.35 |

### Checking Summary

**Esteem**  # 502 301-343-5

| | | | |
|---|---|---|---|
| Beginning Balance | $ 9,458.91 | Interest Paid This Period | $ .36 |
| Additions + | 1,150.30 | Interest Paid Year-To-Date | 5.33 |
| Reductions - | 10,167.28 | | |
| Ending Balance | $ 441.93 | | |

30 Days in Cycle                    Annual Percentage Yield Earned    .10%

### Checking Detail

| Deposits | | Amount |
|---|---|---|
| 11/28 | Deposit | 55.94 |
| 12/01 | US TREASURY 303 SOC SEC | 1,094.00 |
| 12/06 | Interest Paid on Checking Account | .36 |



**RBC Centura**

AUDREY M BUTLER
PO BOX 519
PINEHURST NC 28370-0519

12/06/06
502 301 343 5

November 7, 2006 - December 6, 2006

Checking detail

### Checks

| Number | Reference | Amount | Date | Number | Reference | Amount | Date |
|---|---|---|---|---|---|---|---|
| 6597 | 1050755766 | 27.70 | 11/30 | 6782 | 1030420172 | 720.00 | 11/16 |
| 6611* | 1050887426 | 480.00 | 12/01 | 6783 | 1030420171 | 360.00 | 11/16 |
| 6612 | 1050887427 | 720.00 | 12/01 | 6784 | 1030420173 | 264.00 | 11/16 |
| 6613 | 1050887429 | 360.00 | 12/01 | 6785 | 1030420160 | 120.00 | 11/16 |
| 6614 | 1050887428 | 264.00 | 12/01 | 6786 | 1030684539 | 2,146.79 | 11/21 |
| 6777* | 1030616761 | 480.00 | 11/10 | 6787 | 1030702858 | 720.00 | 11/27 |
| 6778 | 1030616760 | 720.00 | 11/10 | 6788 | 1030702859 | 480.00 | 11/27 |
| 6779 | 1030616758 | 360.00 | 11/10 | 6789 | 1030702860 | 360.00 | 11/27 |
| 6780 | 1030616759 | 264.00 | 11/10 | 6790 | 1030702857 | 264.00 | 11/27 |
| 6781 | 1030420170 | 360.00 | 11/16 | | | | |

* Indicates one or more missing checks

### Preauthorized and Check Card Withdrawals

| Date | Description | Amount |
|---|---|---|
| 11/13 | PROGRESSENGYCARO DRAFTS | 146.18 |
| 11/15 | MOORE COUNTY PUBUTIL BILL | 25.49 |
| 11/28 | FIA CARD SERVICEAUTO PAY | 369.90 |
| 11/30 | EMBARQ-NC(56) PHONE BILL | 34.47 |
| 12/05 | BCBSNC NGDRAFT | 120.75 |

Checking balance history

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 11/10 | $ 7,634.91 | 11/21 | 3,492.45 | 12/01 | 562.32 |
| 11/13 | 7,488.73 | 11/27 | 1,668.45 | 12/05 | 441.57 |
| 11/15 | 7,463.24 | 11/28 | 1,354.49 | 12/06 | 441.93 |
| 11/16 | 5,639.24 | 11/30 | 1,292.32 | | |



**RBC Centura**

AUDREY M BUTLER
PO BOX 519
PINEHURST NC 28370-0519

Credit
Line
Summary

| RBC Centura CreditLine | | # 502 301-343-5 | |
|---|---|---|---|
| Beginning Balance | $ .00 | Credit Line | $5,000.00 |
| Payments − | .00 | Available Credit | 5,000.00 |
| Credit Used + | .00 | ANNUAL PERCENTAGE RATE | 18.000% |
| Interest: $.00 | | Daily Periodic Rate | .04931% |
| Insurance: .00 | | Days in Cycle | 0 |
| FINANCE CHARGE* + | .00 | Closing Date of Cycle | 12/06/06 |
| Late Charge: + | .00 | | |
| Ending Balance | $ .00 | | |
| Minimum Payment | $ .00 | | |

* The balance on which the FINANCE CHARGE is computed is the "daily balance" outstanding in your Line of Credit Account. To get the "daily balance" we take the beginning balance of your Account each day and add any new loans or charges and subtract any payments or credits. This gives us the "daily balance". The amount of the FINANCE CHARGE for each day in the billing cycle is computed by multiplying the "daily balance" in your Account by the Daily Periodic Rate. The sum of these amounts equals the FINANCE CHARGE for the billing cycle. Refer to the "Credit Line Detail" section below for information containing the "balance(s) on which the FINANCE CHARGE is computed".

NOTICE: See the reverse side for important information.

ARTHUR V. OR AUDREY M. BUTLER
PH. 910-295-1434
P.O. BOX 519, 40 RITTER RD.
PINEHURST, NC 28374

66-86/531
5023013435

6784

DATE 16 Nov 06

PAY TO THE ORDER OF  CASH  $ 264.00

Two hundred Sixty-four and 00/100  DOLLARS

RBC Centura
RBC Centura Bank
Pinehurst, NC 28374

MEMO Cashier Hardship  Audrey M Butler  Pat Butler

⑈053008500⑈ 5023013435⑈ 6784

11/16/06 11:38:14 AM
Escrow/16/06  02110  4512
502-3013435       023-MNP
OVR ID: mnd      264.00
                                 11

**Check 6783**

ARTHUR V. OR AUDREY M. BUTLER
PH. 910-295-1434
P.O. BOX 519, 40 RITTER RD.
PINEHURST, NC 28374

66-85/531
502013435

6783

DATE 16 Nov 06

TO THE ORDER OF CASH                    $ 360.00

Three hundred sixty xx/100 DOLLARS

RBC Centura
RBC Centura Bank
Pinehurst, NC 28374

Caregiver 36 hr @ 10/hr

Audrey M Butler
Arthur V Butler

⑆053101850⑆ 502301343511⑈ 6783

---

**Check 6782**

ARTHUR V. OR AUDREY M. BUTLER
PH. 910-295-1434
P.O. BOX 519, 40 RITTER RD.
PINEHURST, NC 28374

66-85/531
502013435

6782

DATE 16 Nov 2006

TO THE ORDER OF CASH                    $ 720.00

Seven hundred twenty xx/100 DOLLARS

RBC Centura
RBC Centura Bank
Pinehurst, NC 28374

Caregivers 72 hr @ 10/hr

Audrey M Butler
Arthur V Butler

⑆053101850⑆ 502301343511⑈ 6782

## Check 6785

ARTHUR V. OR AUDREY M. BUTLER
PH. 910-295-1434
P.O. BOX 519, 40 RITTER RD.
PINEHURST, NC 28374

66-85/531
502013435

DATE 11/16/06

PAY TO THE ORDER OF CA$H  $ 120.00

One hundred twenty xx/100 DOLLARS

RBC Centura
RBC Centura Bank
Pinehurst, NC 28374

MEMO Caregiver 36 hr @ $10/hr

⑆531008501⑆ ⑈502013435⑈ 6785

*(Endorsement stamp: 11/16/06 11:47:15 AM  5187  02110  022-DAY  120.00  OVR ID: 5013435)*

---

## Check 6781

ARTHUR V. OR AUDREY M. BUTLER
PH. 910-295-1434
P.O. BOX 519, 40 RITTER RD.
PINEHURST, NC 28374

66-85/531
502013435

DATE 11/16/06

PAY TO THE ORDER OF CA$H  $ 360.00

Three hundred sixty xx/100 DOLLARS

RBC Centura
RBC Centura Bank
Pinehurst, NC 28374

MEMO Caregiver 36 hr @ $10/hr

*(Endorsement: 11/16/06 11:37:32 AM  4510  02110  023-MNP  360.00  OVR ID: MNP)*

THUR V. OR AUDREY M. BUTLER
PH: 910-295-1434
P.O. BOX 519, 40 RITTER RD.
PINEHURST, NC 28374

WVa DL F401792  1-5-64   6786
66-85/531  1-5-09
502013435

DATE 20 Nov 06

Karen F. Alugas
Thousand One Hundred Forty six $2146.79
DOLLARS

RBC Centura
RBC Centura Bank
Pinehurst, NC 28374

Full Payment
Audrey M Butler by
Audrey M Butler

11/21/06 16:48:4 PM
Expired/06   50201     6309
*502-3013435  001-HFL
DTL ID: SMM   2,146.79
            OVR ID: SMM   11

⑈⑇⑈⑇0085⑈⑇: 502⑇3013435⑈⑇ 6786

## Check 6613

ARTHUR V. OR AUDREY M. BUTLER
PH. 910-295-1434
P.O. BOX 519, 40 RITTER RD.
PINEHURST, NC 28374

66-85/531
502013435

6613

DATE 30 Nov 06

PAY TO THE ORDER OF CASH    $ 360.00

Three Hundred Sixty — DOLLARS

RBC Centura
RBC Centura Bank
Pinehurst, NC 28374

Case 36bre c/o hr

Audrey M Butler

⑈053101343500⑈  6613

NC 76 7620

12/01/06 16:54:19 PM
Extra 20/06    5467
502-3013435   02110   027-UCM
OVR ID: JCM            360.00    11

---

## Check 6611

ARTHUR V. OR AUDREY M. BUTLER
PH. 910-295-1434
P.O. BOX 519, 40 RITTER RD.
PINEHURST, NC 28374

66-85/531
502013435

6611

DATE 30 Nov 06

PAY TO THE ORDER OF CASH    $ 480.00

Four Hundred Eighty and 00/100 — DOLLARS

RBC Centura
RBC Centura Bank
Pinehurst, NC 28374

c/o sgt c/o hr

Audrey M Butler

⑈053101343500⑈  6611

12/01/06 16:56:54 PM
Extra 20/06    5470
502-3013435   02110   027-UCM
OVR ID: JCM            480.00    11

## Check 6614

ARTHUR V. OR AUDREY M. BUTLER
PH. 910-295-1434
P.O. BOX 519, 40 RITTER RD.
PINEHURST, NC 28374

66-85/531
5023013435

6614

PAY TO THE ORDER OF __CASH__ NC 7076240   $ 264.00

__Two hundred sixty-four x/100__ DOLLARS

RBC Centura
RBC Centura Bank
Pinehurst, NC 28374

DATE 30 Nov 06

MEMO __Car Rental__   Audrey M Butler by [signature]

⑆053100850⑆ 5023013435 ⑆ 6614

12/01/06 16:55:15 PM 5468
502-3013435    02110   027-DCM
OVR ID: dcm    264.00   11

---

## Check 6612

ARTHUR V. OR AUDREY M. BUTLER
PH. 910-295-1434
P.O. BOX 519, 40 RITTER RD.
PINEHURST, NC 28374

66-85/531
5023013435

6612

PAY TO THE ORDER OF __CASH__ NC 7076240   $ 720.00

__Seven hundred twenty & x/100__ DOLLARS

RBC Centura
RBC Centura Bank
Pinehurst, NC 28374

DATE 30 Nov 06

MEMO __Care Taker @ 12/hr__   Audrey M Butler by [signature]

⑆053100850⑆ 5023013435 ⑆ 6612

12/01/06 16:56:05 PM 5469
502-3013435    02110   027-DCM
OVR ID: dcm    720.00   11

## Check 6789

ARTHUR V. OR AUDREY M. BUTLER
PH. 910-295-1434
P.O. BOX 519, 40 RITTER RD.
PINEHURST, NC 28374

6789
66-86/531
502013435

PAY TO THE ORDER OF __CASH__   $ 360.00

Three hundred sixty and xx/100 DOLLARS

RBC Centura
RBC Centura Bank
Pinehurst, NC 28374

MEMO Caregiver 36hr @ *10/hr   Patricia Burke Bah
Audrey M Butler

DATE 24 Nov 06

⑉053100850⑉ 502301343⑉5⑈ 6789

11/27/06 14:50:56 PM  4994
502-3013435  02110  027-DCM  11
OVR ID: dcm  360.00

---

## Check 6788

ARTHUR V. OR AUDREY M. BUTLER
PH. 910-295-1434
P.O. BOX 519, 40 RITTER RD.
PINEHURST, NC 28374

6788
66-86/531
502013435

PAY TO THE ORDER OF __CASH__   $ 480.00

Four hundred eighty and xx/100 DOLLARS

RBC Centura
RBC Centura Bank
Pinehurst, NC 28374

MEMO Caregiver 48hr @ $10/hr   Audrey M Butler
Patricia Burke

DATE 24 Nov 06

⑉053100850⑉ 502301343⑉5⑈ 6788

11/27/06 14:51:56 PM  4995
ESTMP 11/24/06
502-3013435  02110  027-DCM  11
OVR ID: dcm  480.00



ARTHUR V. OR AUDREY M. BUTLER
PH. 910-295-1434
P.O. BOX 519, 40 RITTER RD.
PINEHURST, NC 28374

66-85/531
502013435

6790

PAY TO THE ORDER OF  CASH                              $ 264.00

DATE 24 Nov 06

Two Hundred Sixty-Four x/100 DOLLARS

RBC Centura
RBC Centura Bank
Pinehurst, NC 28374

MEMO Care Patricia */hr

⑉053⑉008 50⑉ 50 230 3013435⑉ 6790

---

ARTHUR V. OR AUDREY M. BUTLER
PH. 910-295-1434
P.O. BOX 519, 40 RITTER RD.
PINEHURST, NC 28374

66-85/531
502013435

6787

PAY TO THE ORDER OF  CASH                              $ 720.00

DATE 24 Nov 06

Seven Hundred Twenty and xx/100 DOLLARS

RBC Centura
RBC Centura Bank
Pinehurst, NC 28374

MEMO Caregiver 72hrs @ $12/hr

⑉053⑉008 50⑉ 50 230 3013435⑉ 6787

## Check 6778

ARTHUR V. OR AUDREY M. BUTLER
PH. 910-295-1434
P.O. BOX 519, 40 RITTER RD.
PINEHURST, NC 28374

66-85/531
5023013435

6778

DATE 9 Nov 06

PAY TO THE ORDER OF _CASH_ | $ 720.00

Seven Hundred Twenty + 00/100 DOLLARS

RBC Centura
RBC Centura Bank
Pinehurst, NC 28374

MEMO Ellen — 72hr @12/hr   Audrey M Butler

⑆053100850⑆ 5023013435⑆ 6778

## Check 6777

ARTHUR V. OR AUDREY M. BUTLER
PH. 910-295-1434
P.O. BOX 519, 40 RITTER RD.
PINEHURST, NC 28374

66-85/531
5023013435

6777

DATE 9 Nov 06

PAY TO THE ORDER OF _CASH_ | $ 480.00

Four Hundred Eighty and 00/100 DOLLARS

RBC Centura
RBC Centura Bank
Pinehurst, NC 28374

MEMO Sally — 48hr @10/hr   Audrey M Butler

⑆053100850⑆ 5023013435⑆ 6777

Check #6779, dated 9 Nov 06, Pay to the Order of: CASH, Amount: $360, "Three hundred sixty and no/100 Dollars", signed Audrey M. Butler. Drawn on RBC Centura, account of ARTHUR V. OR AUDREY M. BUTLER, P.O. BOX 519, 40 RITTER RD., PINEHURST, NC 28374.

Check #6780, dated 9 Nov 06, Pay to the Order of: CASH, Amount: $264.00, "Two hundred sixty-four and no/100 Dollars", Memo: Carrie 24 hr @ 11/hr, signed Audrey M. Butler. Drawn on RBC Centura.