**EXHIBIT 19**

**ROBERT C. BARRETT, CPA**
**PO BOX 879**
**PINEHURST, NC 28370**
**(910) 295-4292**

April 4, 2007

Audrey M. Butler
PO Box 519
Pinehurst, NC 28370

Dear Audrey,

Enclosed is your 2006 Federal Individual Income Tax Return. The original should be signed at the bottom of page two. There is a balance due of $2,610.

Make your check payable to the "United States Treasury" and mail your Federal return with Form 1040-V payment voucher on or before April 17, 2007 to:

INTERNAL REVENUE SERVICE
P.O. BOX 105017
ATLANTA, GA 30348-5017

Enclosed is your 2006 North Carolina Individual Income Tax Return. The original should be signed at the bottom of page one. No tax is payable with the filing of this return.

Mail your North Carolina return on or before April 17, 2007 to:

N.C. DEPARTMENT OF REVENUE
P.O. BOX 25000
RALEIGH, NC 27640-0640

Please be sure to call if you have any questions.

Sincerely,

*Bob*

Robert C Barrett

PLAintiffs
Exhibit
19-A OPP to MTD

| | **2006** | **2005** | **Diff** |
|---|---|---|---|
| **INCOME** | | | |
| Interest income | 10,488 | 7,739 | 2,749 |
| Dividend income | 883 | 1,108 | -225 |
| Capital gain or loss | 0 | 4,289 | -4,289 |
| Taxable IRA distributions | 8,021 | 8,081 | -60 |
| Taxable social security benefits | 744 | 1,514 | -770 |
| Total income | 20,136 | 22,731 | -2,595 |
| **ADJUSTMENTS TO INCOME** | | | |
| Total adjustments | 0 | 0 | 0 |
| Adjusted gross income | 20,136 | 22,731 | -2,595 |
| **ITEMIZED DEDUCTIONS** | | | |
| Medical & dental | 37,085 | 97 | 36,988 |
| Taxes | 4,241 | 4,259 | -18 |
| Contributions | 500 | 2,513 | -2,013 |
| Total itemized deductions | 41,826 | 6,869 | 34,957 |
| **TAX COMPUTATION** | | | |
| Standard deduction | 6,400 | 6,250 | 150 |
| Larger of itemized or standard deduction | 41,826 | 6,869 | 34,957 |
| Income prior to exemption deduction | -21,690 | 15,862 | -37,552 |
| Exemption deduction | 3,300 | 3,200 | 100 |
| Taxable income | -24,990 | 12,662 | -37,652 |
| Tax before credits | 0 | 998 | -998 |
| **CREDITS** | | | |
| Foreign tax credit | 0 | 3 | -3 |
| Total credits | 0 | 3 | -3 |
| Tax after credits | 0 | 995 | -995 |
| **OTHER TAXES** | | | |
| Household employment taxes | 2,640 | 0 | 2,640 |
| Total tax | 2,640 | 995 | 1,645 |
| **PAYMENTS** | | | |
| Credit for federal telephone excise tax | 30 | 0 | 30 |
| Total payments | 30 | 0 | 30 |
| **REFUND OR AMOUNT DUE** | | | |
| Amount you owe | 2,610 | 995 | 1,615 |
| **TAX RATES** | | | |
| Marginal tax rate | 0.0% | 15.0% | -15.0% |

19-B

**Audrey M. Butler**     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

| | 2006 | 2005 | Diff |
|---|---:|---:|---:|
| **FEDERAL TAXABLE INCOME** | | | |
| Federal taxable income | -24,990 | 12,662 | -37,652 |
| **ADDITIONS TO INCOME** | | | |
| Deduction/exemption adjustment | 1,424 | 1,261 | 163 |
| Total additions | 1,424 | 1,261 | 163 |
| **SUBTRACTIONS FROM INCOME** | | | |
| S.S. / R.R. benefits | 744 | 1,514 | -770 |
| Other retirement benefits | 2,000 | 2,000 | 0 |
| Total deductions | 2,744 | 3,514 | -770 |
| **TAX CALCULATION** | | | |
| Taxable income | -26,310 | 10,409 | -36,719 |
| **INCOME TAX CALCULATION** | | | |
| Tax | 0 | 626 | -626 |
| Total Taxes | 0 | 626 | -626 |
| **PAYMENTS AND CREDITS** | | | |
| Credit for taxes paid to another state | 0 | 2 | -2 |
| Total credits | 0 | 2 | -2 |
| Total payments and credits | 0 | 2 | -2 |
| **REFUND OR AMOUNT DUE** | | | |
| Amount you owe | 0 | 624 | -624 |
| **TAX RATES** | | | |
| Marginal tax rate | 6.0% | 6.0% | 0.0% |

*19 - C*

**Forms needed for this return**

Federal:        1040, 1040-V, Sch A, Sch B, Sch H, 1116
North Carolina: D-400

**Tax Rates**

|  | Marginal |
|---|---|
| Federal | 0.% |
| North Carolina | 6.0% |

**Carryovers to 2007**

Federal Carryovers

| | |
|---|---|
| Foreign Tax Credit | 31. |
| AMT Foreign Tax Credit | 40. |

*19 - D*

File only if you are making a payment with Form 1040. Return this voucher with check or money order payable to the "United States Treasury." Please write your social security number, daytime phone number, and "2006 Form 1040" on your check or money order. Please do not send cash. Enclose, but do not staple or attach, your payment with this voucher.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Make your check payable to the "United States Treasury" and
mail Form 1040-V payments with your return to:

Internal Revenue Service
P.O. Box 105017
Atlanta, GA 30348-5017

Form **1040-V** (2006)

▼ **Detach Here and Mail With Your Payment and Return** ▼
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Department of the Treasury
Internal Revenue Service **2006**    # Form 1040-V Payment Voucher

- ► Use this voucher when making a payment with Form 1040.
- ► Do not staple this voucher or your payment to Form 1040.
- ► Make your check or money order payable to the 'United States Treasury.'
- ► Write your social security number (SSN) on your check or money order.

| Enter the amount of your payment ........ ► | | 2,610. |
|---|---|---|

FDIA8601L  06/08/06        1030

AUDREY M. BUTLER
PO BOX 519
PINEHURST NC 28370

INTERNAL REVENUE SERVICE
P.O. BOX 105017
ATLANTA GA 30348-5017

577343818 LN BUTL 30 0 200612 610        19 - E

Form **1040**

Department of the Treasury — Internal Revenue Service

**U.S. Individual Income Tax Return** **2006**

(99) IRS Use Only — Do not write or staple in this space.

For the year Jan 1 - Dec 31, 2006, or other tax year beginning , 2006, ending , 20

OMB No. 1545-0074

**Label**
(See instructions.)

Use the
IRS label.
Otherwise,
please print
or type.

Your first name | MI | Last name
Audrey M. Butler

Your social security number
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

If a joint return, spouse's first name | MI | Last name

Spouse's social security number

Home address (number and street). If you have a P.O. box, see instructions. | Apartment no.
PO Box 519

City, town or post office. If you have a foreign address, see instructions. | State | ZIP code
Pinehurst, NC 28370

You **must** enter your
▲ social security ▲
number(s) above.

**Presidential
Election
Campaign**

► Check here if you, or your spouse if filing jointly, want $3 to go to this fund? (see instructions) . . . . . . . . . . . . . . . . ► [X] You [ ] Spouse

Checking a box below will not
change your tax or refund.

**Filing Status**

Check only
one box.

1 [X] Single
2 [ ] Married filing jointly (even if only one had income)
3 [ ] Married filing separately. Enter spouse's SSN above & full
name here ►
4 [ ] Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here ►
5 [ ] Qualifying widow(er) with dependent child (see instructions)

**Exemptions**

6a [X] **Yourself.** If someone can claim you as a dependent, **do not** check box 6a . . . . . . . . . . . .
b [ ] **Spouse** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Boxes checked
on 6a and 6b. 1

c Dependents:

| (1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✔ if qualifying child for child tax credit (see instrs) |
|---|---|---|---|
| | | | [ ] |
| | | | [ ] |
| | | | [ ] |
| | | | [ ] |

No. of children
on 6c who:
● lived with you . . . .
● did not live with you due to divorce or separation (see instrs) . . .

Dependents
on 6c not
entered above .

If more than
four dependents,
see instructions.

d Total number of exemptions claimed

Add numbers
on lines
above . . . . ► 1

**Income**

Attach Form(s)
W-2 here. Also
attach Forms
W-2G and 1099-R
if tax was withheld.

If you did not
get a W-2,
see instructions.

Enclose, but do
not attach, any
payment. Also,
please use
Form 1040-V.

7 Wages, salaries, tips, etc. Attach Form(s) W-2 . . . . . . . . . . . . . . . . . . . . . . . . . | 7 |
8a **Taxable interest.** Attach Schedule B if required . . . . . . . . . . . . . . . . . . . . . . | 8a | 10,488.
b Tax-exempt interest. **Do not** include on line 8a . . | 8b |
9a Ordinary dividends. Attach Schedule B if required . . . . . . . . . . . . . . . . . . . . . | 9a | 883.
b Qualified dividends (see instrs) . . . . . . . . . . . . . . . . | 9b | 824.
10 Taxable refunds, credits, or offsets of state and local income taxes (see instructions) . . . . . . . . . . . . . | 10 |
11 Alimony received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 11 |
12 Business income or (loss). Attach Schedule C or C-EZ . . . . . . . . . . . . . . . . . . . | 12 |
13 Capital gain or (loss). Att Sch D if reqd. If not reqd, ck here . . . . . . . . . . . ► [ ] | 13 |
14 Other gains or (losses). Attach Form 4797 . . . . . . . . . . . . . . . . . . . . . . . . . . . | 14 |
15a IRA distributions . . . . . . . . | 15a | | b Taxable amount (see instrs) . . | 15b | 8,021.
16a Pensions and annuities . . . . | 16a | | b Taxable amount (see instrs) . . | 16b |
17 Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E . . | 17 |
18 Farm income or (loss). Attach Schedule F . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 18 |
19 Unemployment compensation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 19 |
20a Social security benefits . . . . . . | 20a | 14,190. | b Taxable amount (see instrs) . . | 20b | 744.
21 Other income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 21 |
22 Add the amounts in the far right column for lines 7 through 21. This is your **total income** ► | 22 | 20,136.

**Adjusted
Gross
Income**

23 Archer MSA deduction. Attach Form 8853 . . . . . . . . . | 23 |
24 Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ . . . . . . . . . . | 24 |
25 Health savings account deduction. Attach Form 8889 . . . . . . . | 25 |
26 Moving expenses. Attach Form 3903 . . . . . . . . . . . . . | 26 |
27 One-half of self-employment tax. Attach Schedule SE . . . . . . | 27 |
28 Self-employed SEP, SIMPLE, and qualified plans . . . . . . . . | 28 |
29 Self-employed health insurance deduction (see instructions) . . . . | 29 |
30 Penalty on early withdrawal of savings . . . . . . . . . . . . . | 30 |
31a Alimony paid b Recipient's SSN . . . . ► | 31a |
32 IRA deduction (see instructions) . . . . . . . . . . . . . . . | 32 |
33 Student loan interest deduction (see instructions) . . . . . . . | 33 |
34 Jury duty pay you gave to your employer . . . . . . . . . . . | 34 |
35 Domestic production activities deduction. Attach Form 8903 . . . . | 35 |
36 Add lines 23 - 31a and 32 - 35 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 36 | 0.
37 Subtract line 36 from line 22. This is your **adjusted gross income** . . . . . . . . . . . ► | 37 | 20,136.

BAA For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.

FDIA0112L 11/07/06

Form **1040** (2006)

*19-E*

| | | | | |
|---|---|---|---|---|
| **Tax and Credits** | **38** Amount from line 37 (adjusted gross income) | | **38** | 20,136. |

**39a** Check if: ☒ You were born before January 2, 1942, ☐ Blind. **Total boxes**
☐ Spouse was born before January 2, 1942, ☐ Blind. checked ► **39a** | 1 |

**b** If your spouse itemizes on a separate return, or you were a dual-status alien, see instrs and ck here. ► **39b** ☐

**Standard Deduction for –**
• People who checked any box on line 39a or 39b or who can be claimed as a dependent, see instructions.
• All others:
Single or Married filing separately, $5,150
Married filing jointly or Qualifying widow(er), $10,300
Head of household, $7,550

| | | |
|---|---|---|
| **40** Itemized deductions (from Schedule A) or your standard deduction (see left margin) | **40** | 41,826. |
| **41** Subtract line 40 from line 38 | **41** | -21,690. |
| **42** If line 38 is over $112,875, or you provided housing to a person displaced by Hurricane Katrina, see instructions. Otherwise, multiply $3,300 by the total number of exemptions claimed on line 6d | **42** | 3,300. |
| **43** **Taxable income.** Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | **43** | 0. |
| **44** Tax (see instrs). Check if any tax is from: **a** ☐ Form(s) 8814 **b** ☐ Form 4972 | **44** | 0. |
| **45** Alternative minimum tax (see instructions). Attach Form 6251 | **45** | 0. |
| **46** Add lines 44 and 45 ► | **46** | 0. |

| | | |
|---|---|---|
| **47** Foreign tax credit. Attach Form 1116 if required | **47** | |
| **48** Credit for child and dependent care expenses. Attach Form 2441 | **48** | |
| **49** Credit for the elderly or the disabled. Attach Schedule R | **49** | |
| **50** Education credits. Attach Form 8863 | **50** | |
| **51** Retirement savings contributions credit. Attach Form 8880 | **51** | |
| **52** Residential energy credits. Attach Form 5695 | **52** | |
| **53** Child tax credit (see instructions). Attach Form 8901 if required | **53** | |
| **54** Credits from: **a** ☐ Form 8396 **b** ☐ Form 8839 **c** ☐ Form 8859 | **54** | |
| **55** Other credits. Check applicable box(es): **a** ☐ Form 3800 **b** ☐ Form 8801 **c** ☐ Form | **55** | |

| | | |
|---|---|---|
| **56** Add lines 47 through 55. These are your **total credits** | **56** | |
| **57** Subtract line 56 from line 46. If line 56 is more than line 46, enter -0- ► | **57** | 0. |

**Other Taxes**

| | | |
|---|---|---|
| **58** Self-employment tax. Attach Schedule SE | **58** | |
| **59** Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | **59** | |
| **60** Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | **60** | |
| **61** Advance earned income credit payments from Form(s) W-2, box 9 | **61** | |
| **62** Household employment taxes. Attach Schedule H | **62** | 2,640. |
| **63** Add lines 57-62. This is your **total tax** ► | **63** | 2,640. |

**Payments**

If you have a qualifying child, attach Schedule EIC.

| | | |
|---|---|---|
| **64** Federal income tax withheld from Forms W-2 and 1099 | **64** | |
| **65** 2006 estimated tax payments and amount applied from 2005 return | **65** | |
| **66a** Earned income credit (EIC) | **66a** | |
| **b** Nontaxable combat pay election ► **66b** | | |
| **67** Excess social security and tier 1 RRTA tax withheld (see instructions) | **67** | |
| **68** Additional child tax credit. Attach Form 8812 | **68** | |
| **69** Amount paid with request for extension to file (see instructions) | **69** | |
| **70** Payments from: **a** ☐ Form 2439 **b** ☐ Form 4136 **c** ☐ Form 8885 | **70** | |
| **71** Credit for federal telephone excise tax paid. Attach Form 8913 if required | **71** | 30. |
| **72** Add lines 64, 65, 66a, and 67 through 71. These are your **total payments** ► | **72** | 30. |

**Refund**

Direct deposit? See instructions and fill in 74b, 74c, and 74d or Form 8888.

| | | |
|---|---|---|
| **73** If line 72 is more than line 63, subtract line 63 from line 72. This is the amount you **overpaid** | **73** | |
| **74a** Amount of line 73 you want **refunded to you.** If Form 8888 is attached, check here ► ☐ | **74a** | |
| ► **b** Routing number ► **c** Type: ☐ Checking ☐ Savings | | |
| ► **d** Account number | | |
| **75** Amount of line 73 you want applied to your 2007 estimated tax ► **75** | | |

**Amount You Owe**

| | | |
|---|---|---|
| **76** **Amount you owe.** Subtract line 72 from line 63. For details on how to pay, see instructions ► | **76** | 2,610. |
| **77** Estimated tax penalty (see instructions) **77** | | |

**Third Party Designee**

Do you want to allow another person to discuss this return with the IRS (see instructions)? ☒ **Yes.** Complete the following. ☐ **No**

Designee's name ► Robert C Barrett    Phone no. ► 9102954292    Personal identification number (PIN) ► 12345

**Sign Here**

Joint return? See instructions. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature ► _____ Date _____ Your occupation Homemaker    Daytime phone number

Spouse's signature. If a joint return, **both** must sign. ► _____ Date _____ Spouse's occupation

**Paid Preparer's Use Only**

Preparer's signature ► Robert C Barrett    Date 4-7-06    Check if self employed ☒    Preparer's SSN or PTIN P00370148

Firm's name (or yours if self employed), address, and ZIP code ► Robert C. Barrett, CPA    PO Box 879    Pinehurst, NC 28370    EIN 56-1353490    Phone no. (910) 295-4292

Form **1040** (2006)

19 - 6

SCHEDULE A
(Form 1040)

Department of the Treasury
Internal Revenue Service    (99)

**Itemized Deductions**

► Attach to Form 1040.
► See Instructions for Schedule A (Form 1040).

OMB No. 1545-0074

**2006**

Attachment
Sequence No.  07

Name(s) shown on Form 1040

Audrey M. Butler

Your social security number

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

| | | | | |
|---|---|---|---|---|
| **Medical and Dental Expenses** | | Caution. Do not include expenses reimbursed or paid by others. | | |
| | 1 | Medical and dental expenses (see instructions) ......... Statement 2 | **1** 38,595. | |
| | 2 | Enter amount from Form 1040, line 38 ..... **2** 20,136. | | |
| | 3 | Multiply line 2 by 7.5% (.075) ............................... | **3** 1,510. | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | | **4** 37,085. |
| **Taxes You Paid** (See instructions.) | 5 | State and local income taxes ............................... | **5** 624. | |
| | 6 | Real estate taxes (see instructions)......................... | **6** 3,617. | |
| | 7 | Personal property taxes ................................... | **7** | |
| | 8 | Other taxes. List type and amount ► _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | **8** | |
| | 9 | Add lines 5 through 8 .................................... | | **9** 4,241. |
| **Interest You Paid** (See instructions.) | 10 | Home mtg interest and points reported to you on Form 1098 .......... | **10** | |
| | 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see instructions and show that person's name, identifying number, and address ► _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | **11** | |
| **Note. Personal interest is not deductible.** | 12 | Points not reported to you on Form 1098. See instrs for spcl rules ............ | **12** | |
| | 13 | Investment interest. Attach Form 4952 if required. (See instrs.) ......... | **13** | |
| | 14 | Add lines 10 through 13 .................................... | | **14** 0. |
| **Gifts to Charity** If you made a gift and got a benefit for it, see instructions. | 15 | Gifts by cash or check. If you made any gift of $250 or more, see instrs ...... | **15** | |
| | 16 | Other than by cash or check. If any gift of $250 or more, see instructions. You **must** attach Form 8283 if over $500................... See Statement 3 | **16** 500. | |
| | 17 | Carryover from prior year................................... | **17** | |
| | 18 | Add lines 15 through 17 .................................... | | **18** 500. |
| **Casualty and Theft Losses** | 19 | Casualty or theft loss(es). Attach Form 4684. (See instructions.) ......... | | **19** 0. |
| **Job Expenses and Certain Miscellaneous Deductions** (See instructions.) | 20 | Unreimbursed employee expenses — job travel, union dues, job education, etc. Attach Form 2106 or 2106-EZ if required. (See instructions.) ► _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | **20** | |
| | 21 | Tax preparation fees....................................... | **21** 250. | |
| | 22 | Other expenses — investment, safe deposit box, etc. List type and amount ► _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | **22** | |
| | 23 | Add lines 20 through 22 .................................... | **23** 250. | |
| | 24 | Enter amount from Form 1040, line 38 ..... **24** 20,136. | | |
| | 25 | Multiply line 24 by 2% (.02) ............................... | **25** 403. | |
| | 26 | Subtract line 25 from line 23. If line 25 is more than line 23, enter -0- | | **26** 0. |
| **Other Miscellaneous Deductions** | 27 | Other — from list in the instructions. List type and amount ► _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | **27** 0. |
| **Total Itemized Deductions** | 28 | Is Form 1040, line 38, over $150,500 (over $75,250 if married filing separately)? | | |
| | | [X] **No.**  Your deduction is not limited. Add the amounts in the far right column for lines 4 through 27. Also, enter this amount on Form 1040, line 40. | ► | **28** 41,826. |
| | | [ ] **Yes.**  Your deduction may be limited. See instructions for the amount to enter. | | |
| | 29 | If you elect to itemize deductions even though they are less than your standard deduction, check here ► | [ ] | |

BAA  For Paperwork Reduction Act Notice, see Form 1040 instructions.

FDIA0301L  11/07/06

Schedule A (Form 1040) 2006

19-H

Name(s) shown on Form 1040.

Audrey M. Butler

Your social security number

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

# Schedule B — Interest and Ordinary Dividends

Attachment
Sequence No. **08**

| | | | Amount |
|---|---|---|---|
| **Part I**<br>**Interest**<br><br>(See instructions<br>for Form 1040,<br>line 8a.) | **1** | List name of payer. If any interest is from a seller-financed mortgage and the buyer used the property as a personal residence, see the instructions and list this interest first. Also, show that buyer's social security number and address ................................ ► | |
| | | FIRST BANK | 138. |
| | | RBC CENTURA BANK | 3,540. |
| | | RBC CENTURA BANK | 6,288. |
| | | RBC DAIN RAUSCHER | 47. |
| | | RBC DAIN RAUSCHER OID | 475. |

*Note. If you received a Form 1099-INT, Form 1099-OID, or substitute statement from a brokerage firm, list the firm's name as the payer and enter the total interest shown on that form.*

| | | | Amount |
|---|---|---|---|
| | **2** | Add the amounts on line 1 ................................................................. | **2** | 10,488. |
| | **3** | Excludable interest on series EE and I U.S. savings bonds issued after 1989. Attach Form 8815 ................ | **3** | |
| | **4** | Subtract line 3 from line 2. Enter the result here and on Form 1040, line 8a ............ ► | **4** | 10,488. |

Note. If line 4 is over $1,500, you must complete Part III.

| | | | Amount |
|---|---|---|---|
| **Part II**<br>**Ordinary**<br>**Dividends**<br><br>(See instructions for Form 1040, line 9a.) | **5** | List name of payer ... ► | |
| | | EXXON MOBIL CORPORATION | 145. |
| | | HAWAIIAN ELECTRIC INDUSTRIES INC | 49. |
| | | PEPSICO | 12. |
| | | QUALCOMM INC | 43. |
| | | RBC DAIN RAUSCHER | 334. |
| | | VERIZON COMMUNICATIONS | 112. |
| | | WAL-MART DE MEXICO S.A. DE C.V. ADR | 37. |
| | | WAL-MART STORES, INC. | 151. |

*Note. If you received a Form 1099-DIV or substitute statement from a brokerage firm, list the firm's name as the payer and enter the ordinary dividends shown on that form.*

| | | | Amount |
|---|---|---|---|
| | **6** | Add the amounts on line 5. Enter the total here and on Form 1040, line 9a ............ ► | **6** | 883. |

Note. If line 6 is over $1,500, you must complete Part III.

| **Part III**<br>**Foreign**<br>**Accounts**<br>**and**<br>**Trusts**<br><br>(See instructions.) | You must complete this part if you **(a)** had over $1,500 of taxable interest or ordinary dividends; or **(b)** had a foreign account; or **(c)** received a distribution from, or were a grantor of, or a transferor to, a foreign trust. | Yes | No |
|---|---|---|---|
| | **7a** At any time during 2006, did you have an interest in or a signature or other authority over a financial account in a foreign country, such as a bank account, securities account, or other financial account? See instructions for exceptions and filing requirements for Form TD F 90-22.1 ................................. | | X |
| | **b** If 'Yes,' enter the name of the foreign country ... ► | | |
| | **8** During 2006, did you receive a distribution from, or were you the grantor of, or transferor to, a foreign trust? If 'Yes,' you may have to file Form 3520. See instructions .................................... | | X |

/9 - I



Form **1116**

Department of the Treasury
Internal Revenue Service    (99)

# Foreign Tax Credit

(Individual, Estate, or Trust)
► Attach to Form 1040, 1040NR, 1041, or 990-T.
► See separate instructions.

OMB No. 1545-0121

**2006**

Attachment
Sequence No. **19**

Name
Audrey M. Butler

Identifying number
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

Use a separate Form 1116 for each category of income listed below. See **Categories of Income** in the instructions. Check only one box on each Form 1116. Report all amounts in U.S. dollars except where specified in Part II below.

- a ☐ Passive income
- b ☐ High withholding tax interest
- c ☐ Financial services income
- d ☐ Shipping income
- e ☒ Dividends from a DISC or former DISC
- f ☐ Certain distributions from a foreign sales corporation (FSC) or former FSC
- g ☐ Lump-sum distributions
- h ☐ Section 901(j) income
- i ☐ Certain income re-sourced by treaty
- j ☐ General limitation income

**k** Resident of (name of country) ►

Note: *If you paid taxes to only one foreign country or U.S. possession, use column A in Part I and line A in Part II. If you paid taxes to **more than one** foreign country or U.S. possession, use a separate column and line for each country or possession.*

## Part I    Taxable Income or Loss From Sources Outside the United States (for Category Checked Above)

| | Foreign Country or U.S. Possession | | | Total |
|---|---|---|---|---|
| | A | B | C | (Add columns A, B, and C.) |
| **l** Enter the name of the foreign country or U.S. possession ...... ► | VARIOUS | | | |
| **1a** Gross income from sources within country shown above and of the type checked above (see instructions): See Statement 4 | 55. | | **1a** | 55. |
| **b** Check if line 1a is compensation for personal services as an employee, your total compensation from all sources is $250,000 or more, and you used an alternative basis to determine its source (see instructions) ► ☐ | | | | |
| **Deductions and losses *(Caution: See instructions)*:** | | | | |
| **2** Expenses **definitely related** to the income on line 1a (attach statement) ...... | | | | |
| **3** Pro rata share of other deductions **not definitely related:** | | | | |
| **a** Certain itemized deductions or standard deduction (see instructions) ...... | 40,702. | | | |
| **b** Other deductions (attach statement) ...... | 40,702. | | | |
| **c** Add lines 3a and 3b...... | 40,702. | | | |
| **d** Gross foreign source income (see instructions) ...... | 55. | | | |
| **e** Gross income from all sources (see instructions) ...... | 20,136. | | | |
| **f** Divide line 3d by line 3e (see instructions) ...... | 0.0027 | | | |
| **g** Multiply line 3c by line 3f ...... | 110. | | | |
| **4** Pro rata share of interest expense (see instructions): | | | | |
| **a** Home mortgage interest (use worksheet in the instructions) ...... | | | | |
| **b** Other interest expense ...... | | | | |
| **5** Losses from foreign sources ...... | | | | |
| **6** Add lines 2, 3g, 4a, 4b, and 5...... | 110. | | **6** | 110. |
| **7** Subtract line 6 from line 1a. Enter the result here and on line 14, page 2 ...... ► | | | **7** | -55. |

## Part II    Foreign Taxes Paid or Accrued (see instructions)

| C O U N T R Y | Credit is claimed for taxes (you must check one) | Foreign taxes paid or accrued | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | In foreign currency | | | | In U.S. dollars | | | | |
| | (m) ☒ Paid (n) ☐ Accrued | Taxes withheld at source on: | | | (s) Other foreign taxes paid or accrued | Taxes withheld at source on: | | | (w) Other foreign taxes paid or accrued | (x) Total foreign taxes paid or accrued (add columns (t) through (w)) |
| | (o) Date paid or accrued | (p) Dividends | (q) Rents & royalties | (r) Interest | | (t) Dividends | (u) Rents & royalties | (v) Interest | | |
| A | | | | | | 8. | | | | 8. |
| B | | | | | | | | | | |
| C | | | | | | | | | | |

**8** Add lines A through C, column (x). Enter the total here and on line 9, page 2 ...... ► | **8** | 8.

BAA  For Paperwork Reduction Act Notice, see separate instructions.

Form **1116** (2006)

FDIZ2612L  12/01/06

*19 –J*

## Part III  Figuring the Credit

| | | | |
|---|---|---|---|
| 9 | Enter the amount from line 8. These are your total foreign taxes paid or accrued for the category of income checked above Part I | **9** | 8. | |
| 10 | Carryback or carryover (attach detailed computation) .......... See Stmt 5 | **10** | 23. | |
| 11 | Add lines 9 and 10 | **11** | 31. | |
| 12 | Reduction in foreign taxes (see instructions) | **12** | | |
| 13 | Subtract line 12 from line 11. This is the total amount of foreign taxes available for credit | **13** | | 31. |
| 14 | Enter amount from line 7. This is your taxable income or (loss) from sources outside the United States (before adjustments) for the category of income checked above Part I (see instructions) | **14** | -55. | |
| 15 | Adjustments to line 14 (see instructions) | **15** | | |
| 16 | Combine the amounts on lines 14 and 15. This is your net foreign source taxable income. (If the result is zero or less, you have no foreign tax credit for the category of income you checked above Part I. Skip lines 17 through 21. However, if you are filing more than one Form 1116, you must complete line 19.) | **16** | -55. | |
| 17 | **Individuals:** Enter the amount from Form 1040, line 41 (minus any amount on Form 8914, line 6). If you are a nonresident alien, enter the amount from Form 1040NR, line 38 (minus any amount on Form 8914, line 6). | | | |
| | **Estates and trusts:** Enter your taxable income without the deduction for your exemption | **17** | | |
| | *Caution: If you figured your tax using the lower rates on qualified dividends or capital gains, see instructions.* | | | |
| 18 | Divide line 16 by line 17. If line 16 is more than line 17, enter '1' | **18** | | |
| 19 | **Individuals:** Enter the amount from Form 1040, line 44. If you are a nonresident alien, enter the amount from Form 1040NR, line 41. | | | |
| | **Estates and trusts:** Enter the amount from Form 1041, Schedule G, line 1a, or the total of Form 990-T, lines 36 and 37 | **19** | | |
| | *Caution: If you are completing line 19 for separate category g (lump-sum distributions), see instructions.* | | | |
| 20 | Multiply line 19 by line 18 (maximum amount of credit) | **20** | | |
| 21 | Enter the **smaller** of line 13 or line 20. If this is the only Form 1116 you are filing, skip lines 22 through 30 and enter this amount on line 31. Otherwise, complete the appropriate line in Part IV (see instructions) ▶ | **21** | | |

## Part IV  Summary of Credits From Separate Parts III (see instructions)

| | | | |
|---|---|---|---|
| 22 | Credit for taxes on passive income | **22** | | |
| 23 | Credit for taxes on high withholding tax interest | **23** | | |
| 24 | Credit for taxes on financial services income | **24** | | |
| 25 | Credit for taxes on shipping income | **25** | | |
| 26 | Credit for taxes on dividends from a DISC or former DISC and certain distributions from a FSC or former FSC | **26** | | |
| 27 | Credit for taxes on lump-sum distributions | **27** | | |
| 28 | Credit for taxes on certain income re-sourced by treaty | **28** | | |
| 29 | Credit for taxes on general limitation income | **29** | | |
| 30 | Add lines 22 through 29 | **30** | | |
| 31 | Enter the **smaller** of line 19 or line 30 | **31** | | |
| 32 | Reduction of credit for international boycott operations. See instructions for line 12 | **32** | | |
| 33 | Subtract line 32 from line 31. This is your **foreign tax credit.** Enter here and on Form 1040, line 47; Form 1040NR, line 44; Form 1041, Schedule G, line 2a; or Form 990-T, line 40a ▶ | **33** | | |

FDIZ2612L  12/01/06

Form 1116 (2006)

*19-K*

Alternative Minimum Tax

Form **1116**

**Foreign Tax Credit**

(Individual, Estate, or Trust)
► Attach to Form 1040, 1040NR, 1041, or 990-T.
► See separate instructions.

Department of the Treasury
Internal Revenue Service  (99)

OMB No. 1545-0121

**2006**

Attachment
Sequence No. **19**

| Name | Identifying number |
|---|---|
| Audrey M. Butler | 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 |

Use a separate Form 1116 for each category of income listed below. See **Categories of Income** in the instructions. Check only one box on each Form 1116. Report all amounts in U.S. dollars except where specified in Part II below.

- **a** ☐ Passive income
- **b** ☐ High withholding tax interest
- **c** ☐ Financial services income
- **d** ☐ Shipping income
- **e** ☒ Dividends from a DISC or former DISC
- **f** ☐ Certain distributions from a foreign sales corporation (FSC) or former FSC
- **g** ☐ Lump-sum distributions
- **h** ☐ Section 901(j) income
- **i** ☐ Certain income re-sourced by treaty
- **j** ☐ General limitation income

**k** Resident of (name of country) ►

Note: *If you paid taxes to only one foreign country or U.S. possession, use column A in Part I and line A in Part II. If you paid taxes to* **more** *than one* *foreign country or U.S. possession, use a separate column and line for each country or possession.*

## Part I  Taxable Income or Loss From Sources Outside the United States (for Category Checked Above)

| | Foreign Country or U.S. Possession | | | Total |
|---|---|---|---|---|
| | **A** | **B** | **C** | (Add columns A, B, and C.) |
| **l** Enter the name of the foreign country or U.S. possession............► | VARIOUS | | | |
| **1a** Gross income from sources within country shown above and of the type checked above (see instructions): See Statement 6 | | | | |
| | 55. | | | 1a  55. |
| **b** Check if line 1a is compensation for personal services as an employee, your total compensation from all sources is $250,000 or more, and you used an alternative basis to determine its source (see instructions) ............► ☐ | | | | |
| **Deductions and losses** *(Caution: See instructions):* | | | | |
| **2** Expenses **definitely related** to the income on line 1a (attach statement)...................... | | | | |
| **3** Pro rata share of other deductions **not definitely related:** | | | | |
| **a** Certain itemized deductions or standard deduction (see instructions)........................ | 36,582. | | | |
| **b** Other deductions (attach statement)................ | | | | |
| **c** Add lines 3a and 3b............................ | 36,582. | | | |
| **d** Gross foreign source income (see instructions)...... | 55. | | | |
| **e** Gross income from all sources (see instructions)..... | 20,136. | | | |
| **f** Divide line 3d by line 3e (see instructions).......... | 0.0027 | | | |
| **g** Multiply line 3c by line 3f..................... | 99. | | | |
| **4** Pro rata share of interest expense (see instructions): | | | | |
| **a** Home mortgage interest (use worksheet in the instructions)................................ | | | | |
| **b** Other interest expense........................ | | | | |
| **5** Losses from foreign sources.................... | | | | |
| **6** Add lines 2, 3g, 4a, 4b, and 5.................. | 99. | | 6 | 99. |
| **7** Subtract line 6 from line 1a. Enter the result here and on line 14, page 2 .......................► | | | 7 | -44. |

## Part II  Foreign Taxes Paid or Accrued (see instructions)

| C O U N T R Y | Credit is claimed for taxes (you must check one) | | Foreign taxes paid or accrued | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | In foreign currency | | | | In U.S. dollars | | | | |
| | **(m)** ☒ Paid | | Taxes withheld at source on: | | | **(s)** Other foreign taxes paid or accrued | Taxes withheld at source on: | | | **(w)** Other foreign taxes paid or accrued | **(x)** Total foreign taxes paid or accrued (add columns (t) through (w)) |
| | **(n)** ☐ Accrued | | | | | | | | | | |
| | **(o)** Date paid or accrued | **(p)** Dividends | **(q)** Rents & royalties | **(r)** Interest | | **(t)** Dividends | **(u)** Rents & royalties | **(v)** Interest | | |
| **A** | | | | | | | 8. | | | | 8. |
| **B** | | | | | | | | | | | |
| **C** | | | | | | | | | | | |

**8** Add lines A through C, column (x). Enter the total here and on line 9, page 2 ...................► | 8 | 8.

**BAA For Paperwork Reduction Act Notice, see separate instructions.**

Form 1116 (2006)

FDIZ2612L  12/01/06

*19−L*

## Part III  Figuring the Credit

| | | | | | |
|---|---|---|---|---|---|
| 9 | Enter the amount from line 8. These are your total foreign taxes paid or accrued for the category of income checked above Part I | 9 | 8. | | |
| 10 | Carryback or carryover (attach detailed computation) .......... See Stmt 7. | 10 | 32. | | |
| 11 | Add lines 9 and 10 | 11 | 40. | | |
| 12 | Reduction in foreign taxes (see instructions) | 12 | | | |
| 13 | Subtract line 12 from line 11. This is the total amount of foreign taxes available for credit | | | 13 | 40. |
| 14 | Enter amount from line 7. This is your taxable income or (loss) from sources outside the United States (before adjustments) for the category of income checked above Part I (see instructions) | 14 | -44. | | |
| 15 | Adjustments to line 14 (see instructions) | 15 | | | |
| 16 | Combine the amounts on lines 14 and 15. This is your net foreign source taxable income. (If the result is zero or less, you have no foreign tax credit for the category of income you checked above Part I. Skip lines 17 through 21. However, if you are filing more than one Form 1116, you must complete line 19.) | 16 | -44. | | |
| 17 | **Individuals:** Enter the amount from Form 1040, line 41 (minus any amount on Form 8914, line 6). If you are a nonresident alien, enter the amount from Form 1040NR, line 38 (minus any amount on Form 8914, line 6).<br><br>**Estates and trusts:** Enter your taxable income without the deduction for your exemption. | 17 | | | |
| | **Caution:** *If you figured your tax using the lower rates on qualified dividends or capital gains, see instructions.* | | | | |
| 18 | Divide line 16 by line 17. If line 16 is more than line 17, enter '1' | | | 18 | |
| 19 | **Individuals:** Enter the amount from Form 1040, line 44. If you are a nonresident alien, enter the amount from Form 1040NR, line 41.<br><br>**Estates and trusts:** Enter the amount from Form 1041, Schedule G, line 1a, or the total of Form 990-T, lines 36 and 37. | | | 19 | |
| | **Caution:** *If you are completing line 19 for separate category g (lump-sum distributions), see instructions.* | | | | |
| 20 | Multiply line 19 by line 18 (maximum amount of credit) | | | 20 | |
| 21 | Enter the **smaller** of line 13 or line 20. If this is the only Form 1116 you are filing, skip lines 22 through 30 and enter this amount on line 31. Otherwise, complete the appropriate line in Part IV (see instructions) ▶ | | | 21 | |

## Part IV  Summary of Credits From Separate Parts III (see instructions)

| | | | | | |
|---|---|---|---|---|---|
| 22 | Credit for taxes on passive income | 22 | | | |
| 23 | Credit for taxes on high withholding tax interest | 23 | | | |
| 24 | Credit for taxes on financial services income | 24 | | | |
| 25 | Credit for taxes on shipping income | 25 | | | |
| 26 | Credit for taxes on dividends from a DISC or former DISC and certain distributions from a FSC or former FSC | 26 | | | |
| 27 | Credit for taxes on lump-sum distributions | 27 | | | |
| 28 | Credit for taxes on certain income re-sourced by treaty | 28 | | | |
| 29 | Credit for taxes on general limitation income | 29 | | | |
| 30 | Add lines 22 through 29 | | | 30 | |
| 31 | Enter the **smaller** of line 19 or line 30 | | | 31 | |
| 32 | Reduction of credit for international boycott operations. See instructions for line 12 | | | 32 | |
| 33 | Subtract line 32 from line 31. This is your **foreign tax credit.** Enter here and on Form 1040, line 47; Form 1040NR, line 44; Form 1041, Schedule G, line 2a; or Form 990-T, line 40a ▶ | | | 33 | |

19—M

| SCHEDULE H<br>(Form 1040)<br><br>Department of the Treasury<br>Internal Revenue Service (99) | **Household Employment Taxes**<br>(For Social Security, Medicare, Withheld Income, and<br>Federal Unemployment (FUTA) Taxes)<br>► **Attach to Form 1040, 1040NR, 1040-SS, or 1041.**<br>► **See separate instructions.** | OMB No. 1545-1971<br><br>**2006**<br><br>Attachment<br>Sequence No. **44** |
| --- | --- | --- |

Name of employer

**Audrey M. Butler**

Social security number
**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**

Employer identification number
**20-8710335**

**A** Did you pay **any one** household employee cash wages of $1,500 or more in 2006? (If any household employee was your spouse, your child under age 21, your parent, or anyone under age 18, see the line A instructions before you answer this question.)

☒ **Yes.** Skip lines B and C and go to line 1.
☐ **No.** Go to line B.

**B** Did you withhold federal income tax during 2006 for any household employee?

☐ **Yes.** Skip line C and go to line 5.
☐ **No.** Go to line C.

**C** Did you pay **total** cash wages of $1,000 or more in **any** calendar **quarter** of 2005 or 2006 to **all** household employees? (**Do not** count cash wages paid in 2005 or 2006 to your spouse, your child under age 21, or your parent.)

☐ **No. Stop.** Do not file this schedule.
☐ **Yes.** Skip lines 1-9 and go to line 10 on page 2. (Calendar year taxpayers having no household employees in 2006 **do not** have to complete this form for 2006).

### Part I   Social Security, Medicare, and Income Taxes

| | | | |
| --- | --- | --- | --- |
| 1 | Total cash wages subject to social security taxes (see instructions)........... | **1** | 16,464. | | |
| 2 | Social security taxes. Multiply line 1 by 12.4% (.124)................................................ | | **2** | 2,042. |
| 3 | Total cash wages subject to Medicare taxes (see instructions) ................. | **3** | 16,464. | | |
| 4 | Medicare taxes. Multiply line 3 by 2.9% (.029)..................................................... | | **4** | 477. |
| 5 | Federal income tax withheld, if any .................................................................. | | **5** | |
| 6 | **Total social security, Medicare, and income taxes** (add lines 2, 4, and 5) ................. | | **6** | 2,519. |
| 7 | Advance earned income credit (EIC) payments, if any............................................. | | **7** | |
| 8 | **Net taxes** (subtract line 7 from line 6) ............................................................... | | **8** | 2,519. |

**9** Did you pay **total** cash wages of $1,000 or more in **any** calendar **quarter** of 2005 or 2006 to household employees? (**Do not** count cash wages paid in 2005 or 2006 to your spouse, your child under age 21, or your parent.)

☐ **No. Stop.** Enter the amount from line 8 above on Form 1040, line 62. If you are not required to file Form 1040, see the line 9 instructions.
☒ **Yes.** Go to line 10 on page 2.

**BAA For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.**        Schedule H (Form 1040) 2006

*19 - N*

| **Part II** | **Federal Unemployment (FUTA) Tax** | | Yes | No |
|---|---|---|---|---|

|  |  |  | Yes | No |
|---|---|---|---|---|
| 10 | Are you required to pay unemployment contributions to only one state? | **10** | X | |
| 11 | Did you pay all state unemployment contributions for 2006 by April 16, 2007? Fiscal year filers, see instructions | **11** | X | |
| 12 | Were all wages that are taxable for FUTA tax also taxable for your state's unemployment tax? | **12** | X | |

**Next:**  If you checked the **'Yes'** box on **all** the lines above, complete Section A.
　　　If you checked the **'No'** box on **any** of the lines above, skip Section A and complete Section B.

### Section A

| 13 | Name of the state where you paid unemployment contributions ▶ NC | | | |
|---|---|---|---|---|
| 14 | State reporting number as shown on state unemployment tax return . . ▶ 04-22-115 | | | |

| 15 | Contributions paid to your state unemployment fund (see instructions) | **15** | 198. | |
|---|---|---|---|---|
| 16 | Total cash wages subject to FUTA tax (see instructions) | | **16** | 15,076. |
| 17 | **FUTA tax.** Multiply line 16 by .008. Enter the result here, skip Section B, and go to line 26 | | **17** | 121. |

### Section B

| 18 | Complete all columns below that apply (if you need more space, see instructions): |
|---|---|

| (a) Name of state | (b) State reporting number as shown on state unemployment tax return | (c) Taxable wages (as defined in state act) | (d) State experience rate period | | (e) State experience rate | (f) Multiply column (c) by .054 | (g) Multiply column (c) by column (e) | (h) Subtract column (g) from column (f). If zero or less, enter -0-. | (i) Contributions paid to state unemployment fund |
|---|---|---|---|---|---|---|---|---|---|
|  |  |  | From | To |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |

| 19 | Totals | **19** | | | |
|---|---|---|---|---|---|
| 20 | Add columns (h) and (i) of line 19 | **20** | | | |
| 21 | Total cash wages subject to FUTA tax (see the line 16 instructions) | | **21** | | |
| 22 | Multiply line 21 by 6.2% (.062) | | **22** | | |
| 23 | Multiply line 21 by 5.4% (.054) | **23** | | | |
| 24 | Enter the **smaller** of line 20 or line 23 | | **24** | | |
| 25 | **FUTA tax.** Subtract line 24 from line 22. Enter the result here and go to line 26 | | **25** | | |

| **Part III** | **Total Household Employment Taxes** |
|---|---|

| 26 | Enter the amount from line 8. If you checked the 'Yes' box on line C of page 1, enter -0- | **26** | 2,519. |
|---|---|---|---|
| 27 | Add line 17 (or line 25) and line 26 | **27** | 2,640. |
| 28 | Are you required to file Form 1040? | | |

　　[X] **Yes. Stop.** Enter the amount from line 27 above on Form 1040, line 62.
　　　　　　**Do not** complete Part IV below.

　　[ ] **No.**   You may have to complete Part IV. See instructions.

| **Part IV** | **Address and Signature** — Complete this part **only** if required. See the line 28 instructions. |
|---|---|

Address (number and street) or P.O. box if mail is not delivered to street address                                    Apt, room, or suite number



City, town or post office, state, and ZIP code



Under penalties of perjury, I declare that I have examined this schedule, including accompanying statements, and to the best of my knowledge and belief, it is true, correct, and complete. No part of any payment made to a state unemployment fund claimed as a credit was, or is to be, deducted from the payments to employees.

▶ _____       ▶ _____
　 Employer's signature                          Date

FDIA3412L  09/07/06                                      Schedule **H** (Form 1040) 2006

*19-0*

**Statement 5**
**Form 1116, Line 10**
**Foreign Tax Credit Carryovers**

**Dividends from a DISC**

| | Foreign Taxes Paid | Foreign Taxes Disallowed | Foreign Taxes Claimed | Foreign Tax Credit Carryover |
|---|---|---|---|---|
| 2005 Foreign tax credit | 8. | 0. | 3. | 5. |
| 2004 Foreign tax credit | 6. | 0. | 2. | 4. |
| 2003 Foreign tax credit | 5. | 0. | 2. | 3. |
| 2002 Foreign tax credit | 0. | 0. | 0. | 11. |
| 2001 Foreign tax credit | 0. | 0. | 0. | 0. |
| 2000 Foreign tax credit | 0. | 0. | 0. | 0. |
| 1999 Foreign tax credit | 0. | 0. | 0. | 0. |

Total Foreign Tax Credit Carryover - Form 1116, Line 10      $    23.

---

**Statement 6**
**Form 1116, Line 1a - Dividends from a DISC (AMT)**
**Gross Income From Sources Outside U.S.**

Dividends.................................................................             -220.
     Gross Foreign Source Qualified Dividends...............    275.
Net Foreign Source Qualified Dividends.........................        275.
                                     Total $    55.

---

**Statement 7**
**Form 1116, Line 10**
**Foreign Tax Credit Carryovers**

**Dividends from a DISC - AMT**

| | Foreign Taxes Paid | Foreign Taxes Disallowed | Foreign Taxes Claimed | Foreign Tax Credit Carryover |
|---|---|---|---|---|
| 2005 Foreign tax credit | 8. | 0. | 0. | 8. |
| 2004 Foreign tax credit | 6. | 0. | 0. | 6. |
| 2003 Foreign tax credit | 5. | 0. | 0. | 5. |
| 2002 Foreign tax credit | 0. | 0. | 0. | 13. |
| 2001 Foreign tax credit | 0. | 0. | 0. | 0. |
| 2000 Foreign tax credit | 0. | 0. | 0. | 0. |
| 1999 Foreign tax credit | 0. | 0. | 0. | 0. |

Total Foreign Tax Credit Carryover - Form 1116, Line 10      $    32.

19-P

**D-400** (51)   9-21-06

# Individual Income Tax Return 2006
### North Carolina Department of Revenue

< Staple W-2s Here

For calendar year 2006, or other tax year starting _____ and ending _____

AUDREY M BUTLER
PO BOX 519
PINEHURST NC 28370 MOORE

Your SSN: 577343818
Spouse's SSN:

**NC Public Campaign Fund**
Select 'Yes' if you want to designate $3 of taxes to this special Fund for voter education materials and for candidates who accept spending limits. Selecting 'Yes' does not change your tax or refund.

| | Yes | No |
|---|---|---|
| You | [X] Yes | [ ] No |
| Your Spouse | [ ] Yes | [ ] No |

**NC Political Parties Financing Fund**
Select appropriate box if you want to designate $3 to this fund. Your tax remains the same whether or not you make a designation.

| You | Your Spouse |
|---|---|
| [ ] Democratic | [ ] Democratic |
| [ ] Republican | [ ] Republican |
| [ ] Unspecified | [ ] Unspecified |

**Filing Status**   Year spouse died: _____

Select box if you or your spouse were out of the country on April 15 and a U.S. citizen or resident.

[X] 1 Single
[ ] 2 Married Filing Jointly
[ ] 3 Married Filing Separately
[ ] 4 Head of Household
[ ] 5 Widow(er) with Dependent Child

Select box if return is filed and signed by Executor or Administrator.

Number of Exemptions Claimed: 01
[ ] Return for deceased taxpayer
Date of death:
[ ] Return for deceased spouse
Date of death:

Select box if you or your spouse were a nonresident of NC for the entire year.
Select box if you or your spouse moved into or out of NC during the year.

You  Spouse
[ ] [ ]
[ ] [ ]

## For Computer Use Only

| FS | 1 | EX | 01 | PP | Y | DT | N | DS | N | OC | N | EA | N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BUTL | | PO B | 28370 | | | NRT | N | NRS | N | PYT | N | PYS | N |
| AUDREY | | M | BUTLER | | | | | 577343818 | | PCT | Y | PFT | 0 |
| | | | | | | | | | | PCS | | PFS | 0 |

PO BOX 519                    PINEHURST                    NC    28370

| AGI | 20136 | 20C | 0 | 30 | 3750 | 42 | 0 |
|---|---|---|---|---|---|---|---|
| 06 | -24990 | 20D | 0 | 32 | 624 | 43 | 2000 |
| 07 | 1424 | 22A | 0 | 33 | 624 | 44 | 0 |
| 09 | 2744 | 22C | 0 | 34 | 800 | 45 | 0 |
| 15 | 0 | EU | | 35 | 0 | 46 | 0 |
| 17 | 0 | 23 | 0 | 36 | 0 | 48 | 0 |
| 19A | 0 | 25 | 0 | 37 | 0 | 49 | 0 |
| 19B | 0 | 26 | 0 | 39 | 0 | | |
| 20A | 0 | 28 | 0 | 40 | 0 | | |
| 20B | 0 | 29 | 41826 | 41 | 744 | | |

70201510008

| TN | | PN | 9102954292 | PP | P00370148 | NCDOR Use Only |
|---|---|---|---|---|---|---|

| **Sign Return Below** | | **Refund Due** | | **Payment Due** |
|---|---|---|---|---|

I certify that, to the best of my knowledge, this return is accurate and complete.

Your Signature _____ Date _____

Spouse's Signature (If filing joint return, both must sign.) _____ Date _____

Home Telephone Number (Include area code) _____

If prepared by a person other than taxpayer, this certification is based on all information of which the preparer has any knowledge.

ROBERT C BARRETT       4-4-06
Paid Preparer's Signature       Date

P00370148       (910) 295-4292
Paid Preparer's FEIN, SSN, or PTIN       Paid Preparer's Telephone Number

**If you ARE NOT due a refund, mail return, any payment, and Form D-400V to:** NCDOR, P.O. Box 25000, Raleigh, NC 27640-0640
**If REFUND mail to:** NCDOR, P.O. Box R, Raleigh, NC 27634-0001

NCIA0312L  12/19/06   ▶

*19 - Q*

Last Name (First 10 Characters) **BUTLER**            Your Social Security Number **577343818**

## D-400 Line-by-Line Information

| | | | |
|---|---|---|---|
| AGI | Federal Adjusted Gross Income | AGI | 20136 |
| 6 | Taxable Income from Federal Return | 6. | -24990 |
| 7 | Additions to Federal Taxable Income | 7. | 1424 |
| 8 | Add Lines 6 and 7 | 8. | -23566 |
| 9 | Deductions from Federal Taxable Income | 9. | 2744 |
| 10 | Line 8 minus Line 9 | 10. | -26310 |
| 11 | Same as Line 10 | 11. | -26310 |
| 12 | Part-year residents and nonresidents | 12. | 0.0000 |
| 13 | N.C. Taxable Income | 13. | -26310 |
| 14 | N.C. Income Tax | 14. | 0 |
| 15 | Tax Credits | 15. | 0 |
| 16 | Line 14 minus Line 15 | 16. | 0 |
| 17 | Consumer Use Tax | 17. | 0 |
| 18 | Add Lines 16 and 17 | 18. | 0 |

### North Carolina Income Tax Withheld

| | | | |
|---|---|---|---|
| 19a | Your Income Tax Withheld | 19a. | 0 |
| 19b | Spouse's Income Tax Withheld | 19b. | 0 |

### Other Tax Payments

| | | | |
|---|---|---|---|
| 20a | 2006 Estimated Tax | 20a. | 0 |
| 20b | Paid with Extension | 20b. | 0 |
| 20c | Partnership | 20c. | 0 |
| 20d | S Corporation | 20d. | 0 |
| 21 | Add Lines 19a through 20d | 21. | 0 |
| 22a | If Line 18 is more than Line 21, subtract and enter the result | 22a. | 0 |
| 22b | Penalties and interest | 22b. | 0 |
| EU | Exception to underpayment of estimated tax | EU | |
| 22c | Underpayment of estimated income tax | 22c. | 0 |
| 23 | Pay this Amount | 23. | 0 |
| 24 | If Line 18 is less than Line 21, subtract and enter the result | 24. | 0 |

### Amount of Refund to Apply to:

| | | | |
|---|---|---|---|
| 25 | Amount of Line 24 to be applied to 2007 Estimated Income Tax | 25. | 0 |
| 26 | N.C. Nongame and Endangered Wildlife Fund | 26. | 0 |
| 27 | Add Lines 25 and 26 | 27. | 0 |
| 28 | Amount to be Refunded | 28. | 0 |

### Additions to Federal Taxable Income

| | | | |
|---|---|---|---|
| 29 | Itemized deductions or standard deduction from your federal return | 29. | 41826 |

30 N.C. standard deduction

| Single $3,000; | Head of household $4,400; |
|---|---|
| Qualifying widow(er) $6,000; | Married filing jointly $6,000; |
| Married filing separately: | |
| If your spouse does NOT claim itemized deductions $3,000; | |
| If your spouse claims itemized deductions $0 | |

NOTE: If 65 or older or blind or if someone can claim you as a dependent, see worksheet

| | | | |
|---|---|---|---|
| | | 30. | 3750 |
| 31 | Line 29 minus line 30 — Amount cannot be less than zero | 31. | 38076 |
| 32 | State, local, and foreign income taxes or general sales taxes | 32. | 624 |
| 33 | If standard deduction, enter amount from Line 31. If itemizing, enter Line 31 or 32, whichever is less | 33. | 624 |
| 34 | Personal exemption adjustment | 34. | 800 |
| 35 | Interest income from other states | 35. | 0 |
| 36 | Adjustment for domestic production activities (See instructions) | 36. | 0 |
| 37 | Other federal taxable income additions | 37. | 0 |
| 38 | Total additions | 38. | 1424 |

### Deductions from Federal Taxable Income

| | | | |
|---|---|---|---|
| 39 | State or local income tax refund | 39. | 0 |
| 40 | Interest income from obligations of US or US' possessions | 40. | 0 |
| 41 | Social Security and Railroad Retirement Benefits | 41. | 744 |
| 42 | Bailey settlement retirement benefits | 42. | 0 |
| 43 | Other retirement benefits | 43. | 2000 |
| 44 | Severance wages | 44. | 0 |
| 45 | Adjustment for additional first-year depreciation added back in 2002, 2003, and 2004 (See instructions) | 45. | 0 |
| 46 | Other federal taxable income deductions | 46. | 0 |
| 47 | Total deductions | 47. | 2744 |

### Nonresidents and Part-Year Residents

| | | | |
|---|---|---|---|
| 48 | NC source income while a nonresident and all income while a part-year NC resident | 48. | 0 |
| 49 | Total income from all sources | 49. | 0 |
| 50 | Divide Line 48 by Line 49 | 50. | 0.0000 |

**N.C. Residency Dates for Part-Year Residents**

| | Beginning | Ending |
|---|---|---|
| Taxpayer: | | |
| Spouse: | | |

**This page must be filed with the first page of this form.**                                  NCIA0312L  12/19/06

*19-R*

**ROBERT C. BARRETT, CPA**
**25 COMMUNITY ROAD**
**PO BOX 879**
**PINEHURST, NC 28370**

April 4, 2007

Patricia
~~Barbara~~ Guin
613 Macon Place
Raleigh, NC 27609

Dear Mrs. Guin:

Enclosed are the payroll forms for the fourth quarter of 2006 inclusive of the
W2s and W3. These forms need to be mailed immediately to the respective
agencies of which envelopes are enclosed. There is an amount due to the
Employment Security Commission in the amount of $197.57 for the quarter
ending 12/31/07. There is also an amount due for the quarter ending 3/31/07
in the amount of $254.44. These need to be mailed with separate checks.
The red copies of the W2 and W3 need to be mailed in the envelope
provided.

You will be receiving a packet from the Employment Security Commission
some time soon. Please forward it to us as it contains information we will
need to file future returns.

Please feel free to call should you have any questions.

Sincerely,

Bridget Gulka
Tax Assistant

19 - S

| a Control number | 33333 | For Official Use Only ▶ OMB No. 1545-0008 | | |
|---|---|---|---|---|

| b Kind of Payer ▶ | 941 ☐  Military ☐  943 ☐  944 ☐ <br> CT-1 ☐  Hshld. emp. ☑  Medicare govt. emp. ☐  Third-party sick pay ☐ | 1 Wages, tips, other compensation  17723.49 | 2 Federal income tax withheld |
|---|---|---|---|
| | | 3 Social security wages  16464.00 | 4 Social security tax withheld  1020.76 |
| c Total number of Forms W-2 | d Establishment number  3 | 5 Medicare wages and tips  16464.00 | 6 Medicare tax withheld  238.73 |
| e Employer identification number (EIN)  20-8710335 | | 7 Social security tips | 8 Allocated tips |
| f Employer's name <br> AUDREY M. BUTLER | | 9 Advance EIC payments | 10 Dependent care benefits |
| | | 11 Nonqualified plans | 12 Deferred compensation |
| 613 MACON PLACE | | 13 For third-party sick pay use only | |
| RALEIGH  NC  27609 <br> g Employer's address and ZIP code | | 14 Income tax withheld by payer of third-party sick pay | |
| h Other EIN used this year | | | |
| 15 State  Employer's state ID number <br> NC | | 16 State wages, tips, etc.  17723.49 | 17 State income tax |
| | | 18 Local wages, tips, etc. | 19 Local income tax |
| Contact person <br> BARBARA GUIN | | Telephone number <br> ( 919-881-0092 | For Official Use Only |
| Email address | | Fax number <br> ( | |

Under penalties of perjury, I declare that I have examined this return and accompanying documents, and, to the best of my knowledge and belief, they are true, correct, and complete.

Signature ▶                Title ▶ DAUGHTER                Date ▶

## Form W-3 Transmittal of Wage and Tax Statements

2006    39-1908647 Department of the Treasury Internal Revenue Service

**Send this entire page with the entire Copy A page of Form(s) W-2 to the Social Security Administration. Photocopies are not acceptable.**

**Do not** send any payment (cash, checks, money orders, etc.) with Forms W-2 and W-3.

### What's New

**New checkbox for box b on Form W-3.** Use the "944" checkbox in box b if you file Form 944, Employer's Annual Federal Tax Return. Form 944 for 2006 is a newly developed form.

**Magnetic media filing is discontinued.** The Social Security Administration (SSA) will no longer accept any magnetic media reporting of Forms W-2.

### Reminder

**Separate instructions.** See the 2006 Instructions for Forms W-2 and W-3 for information on completing this form.

### Purpose of Form

Use Form W-3 to transmit Copy A of Form(s) W-2, Wage and Tax Statement. Make a copy of Form W-3 and keep it with Copy D (For Employer) of Form(s) W-2 for your records. Use Form W-3 for the correct year. **File Form W-3 even if only one Form W-2 is being filed.** If you are filing Form(s) W-2 electronically, **do not** file Form W-3.

### When To File

File Form W-3 with Copy A of Form(s) W-2 by February 28, 2007.

### Where To File

Send this entire page with the entire Copy A page of Form(s) W-2 to:

**Social Security Administration
Data Operations Center
Wilkes-Barre, PA 18769-0001**

**Note.** If you use "Certified Mail" to file, change the ZIP code to "18769-0002." If you use an IRS-approved private delivery service, add "ATTN: W-2 Process, 1150 E. Mountain Dr." to the address and change the ZIP code to "18702-7997." See Publication 15 (Circular E), Employer's Tax Guide, for a list of IRS-approved private delivery services.

For Privacy Act and Paperwork Reduction Act Notice, see back of Copy D of Form W-2.    BW3    NTF 2562933

19-T

## Form W-2 — Top Form

| a Control number  22222 | Void ☐ | For Official Use Only ► OMB No. 1545-0008 | | |
|---|---|---|---|---|

| b Employer identification number (EIN)  20-8710335 | 1 Wages, tips, other compensation  5425.56 | 2 Federal income tax withheld |
|---|---|---|
| c Employer's name, address, and ZIP code  AUDREY M. BUTLER  613 MACON PLACE  RALEIGH    NC    27609 | 3 Social security wages  5040.00 | 4 Social security tax withheld  312.48 |
| | 5 Medicare wages and tips  5040.00 | 6 Medicare tax withheld  73.08 |
| | 7 Social security tips | 8 Allocated tips |
| d Employee's social security number  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 | 9 Advance EIC payment | 10 Dependent care benefits |

| e Employee's first name and initial  MARY | Last name  CHEGE | Suff. | 11 Nonqualified plans | 12a See instructions for box 12 |
|---|---|---|---|---|

| 13 Statutory employee ☐  Retirement plan ☐  Third-party sick pay ☐ | 12b |
|---|---|
| 14 Other | 12c |

4230 LYNN POINT LANE APT F
RALEIGH    NC    27613

12d

f Employee's address and ZIP code

| 15 State  Employer's state ID number  NC | 16 State wages, tips, etc.  5425.56 | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|

Form **W-2** Wage and Tax Statement    **2006**    39-1908647    Department of the Treasury—Internal Revenue Service
For Privacy Act and Paperwork Reduction Act Notice, see back of Copy D.

Copy A For Social Security Administration — Send this entire page with Form W-3 to the Social Security Administration; photocopies are **not** acceptable.

**Do Not Cut, Fold, or Staple Forms on This Page — Do Not Cut, Fold, or Staple Forms on This Page**

## Form W-2 — Bottom Form

| a Control number  22222 | Void ☐ | For Official Use Only ► OMB No. 1545-0008 | | |
|---|---|---|---|---|

| b Employer identification number (EIN)  20-8710335 | 1 Wages, tips, other compensation  9029.68 | 2 Federal income tax withheld |
|---|---|---|
| c Employer's name, address, and ZIP code  AUDREY M. BUTLER  613 MACON PLACE  RALEIGH    NC    27609 | 3 Social security wages  8388.00 | 4 Social security tax withheld  520.05 |
| | 5 Medicare wages and tips  8388.00 | 6 Medicare tax withheld  121.63 |
| | 7 Social security tips | 8 Allocated tips |
| d Employee's social security number  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 | 9 Advance EIC payment | 10 Dependent care benefits |

| e Employee's first name and initial  ELSIE | Last name  MCKEITHAN | Suff. | 11 Nonqualified plans | 12a See instructions for box 12 |
|---|---|---|---|---|

| 13 Statutory employee ☐  Retirement plan ☐  Third-party sick pay ☐ | 12b |
|---|---|
| 14 Other | 12c |

511 E. MARTIN ST  APT 206
RALEIGH    NC    27601

12d

f Employee's address and ZIP code

| 15 State  Employer's state ID number  NC | 16 State wages, tips, etc.  9029.68 | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|

Form **W-2** Wage and Tax Statement    **2006**    39-1908647    Department of the Treasury—Internal Revenue Service
For Privacy Act and Paperwork Reduction Act Notice, see back of Copy D.

Copy A For Social Security Administration — Send this entire page with Form W-3 to the Social Security Administration; photocopies are **not** acceptable.

BW2FED    NTF 2562982A

*19—11*

| a Control number | 22222 | Void ☐ | For Official Use Only ▶ OMB No. 1545-0008 | |
|---|---|---|---|---|

3

| b Employer identification number (EIN) 20-8710335 | 1 Wages, tips, other compensation 3268.25 | 2 Federal income tax withheld |
|---|---|---|
| c Employer's name, address, and ZIP code | 3 Social security wages 3036.00 | 4 Social security tax withheld 188.23 |
| AUDREY M. BUTLER 613 MACON PLACE | 5 Medicare wages and tips 3036.00 | 6 Medicare tax withheld 44.02 |
| | 7 Social security tips | 8 Allocated tips |
| RALEIGH          NC    27609 | | |
| d Employee's social security number 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 | 9 Advance EIC payment | 10 Dependent care benefits |
| e Employee's first name and initial    Last name    Suff. | 11 Nonqualified plans | 12a See instructions for box 12 |
| CARRIE J.              WEBB | 13 Statutory employee ☐  Retirement plan ☐  Third-party sick pay ☐ | 12b |
| | 14 Other | 12c |
| 1741 MOORE MOUNTAIN RD PITTSBORO      NC    27312 | | 12d |
| f Employee's address and ZIP code | | |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| NC | | 3268.25 | | | | |

Form **W-2** Wage and Tax Statement    **2006**    39-1908647   Department of the Treasury—Internal Revenue Service
For Privacy Act and Paperwork Reduction
Act Notice, see back of Copy D.
Copy A For Social Security Administration — Send this entire page with
Form W-3 to the Social Security Administration; photocopies are **not** acceptable.

---

## Do Not Cut, Fold, or Staple Forms on This Page — Do Not Cut, Fold, or Staple Forms on This Page

| a Control number | 22222 | Void ☒ | For Official Use Only ▶ OMB No. 1545-0008 | |
|---|---|---|---|---|

| b Employer identification number (EIN) | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|
| c Employer's name, address, and ZIP code | 3 Social security wages | 4 Social security tax withheld |
| | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | 7 Social security tips | 8 Allocated tips |
| d Employee's social security number | 9 Advance EIC payment | 10 Dependent care benefits |
| e Employee's first name and initial    Last name    Suff. | 11 Nonqualified plans | 12a See instructions for box 12 |
| | 13 Statutory employee ☐  Retirement plan ☐  Third-party sick pay ☐ | 12b |
| | 14 Other | 12c |
| | | 12d |
| f Employee's address and ZIP code | | |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| | | | | | | |

Form **W-2** Wage and Tax Statement    **2006**    39-1908647   Department of the Treasury—Internal Revenue Service
For Privacy Act and Paperwork Reduction
Act Notice, see back of Copy D.
Copy A For Social Security Administration — Send this entire page with
Form W-3 to the Social Security Administration; photocopies are **not** acceptable.

*19–V*

BW2FED    NTF 2562982A

EMPLOYMENT SECURITY COMMISSION
OF NORTH CAROLINA
P.O. BOX 26504
RALEIGH, NC 27611-6504

**EMPLOYER'S QUARTERLY
TAX AND WAGE REPORT**

PLEASE TYPE THIS REPORT

| QUARTER ENDING | DUE DATE | ACCOUNT NUMBER |
|---|---|---|
| 12/31/06 | 1/31/07 | 04-22-115 |

TAX RATE __1.200__ %   QTR/YR 4/06

Audrey M. Butler
613 Macon Place

Raleigh                    NC 27609

| | CK AMOUNT | DATE | COLL | INITIAL |
|---|---|---|---|---|
| | | | | |
| R/CK | LFP.W | LPP.W | | |

**FOR WAGES PAID EFFECTIVE 01-01-2005:**

**THE TAX RATE IS A COMPOSITE OF THE UI AND
STATE RESERVE TAX. ONLY THE UI PORTION
IS CERTIFIABLE FOR FUTA PURPOSES AND FOR
USE IN FUTURE TAX RATE CALCULATIONS.**

| | | 1ST MONTH | 2ND MONTH | 3RD MONTH |
|---|---|---|---|---|
| 1. NUMBER OF COVERED WORKERS WHO WORKED DURING OR RECEIVED PAY FOR THE PAYROLL PERIOD WHICH INCLUDES THE 12TH OF THE MONTH | | 3 | 3 | 3 |
| 2. WAGES PAID THIS QUARTER SUBJECT TO THE LAW | | | | 16,464.00 |
| 3. LESS EXCESS WAGES | | | | |
| 4. WAGES SUBJECT TO TAX | | | | 16,464.00 |
| 5. TAX DUE FOR THIS QUARTER | | | | 197.57 |
| 6. INTEREST | | | | |
| 7. PENALTY - LATE FILING | | | | |
| 8. PENALTY - LATE PAYMENT | | | | |
| 9. AMOUNT OF REMITTANCE | | | | 197.57 |

EMPLOYMENT SECURITY COMMISSION

OUR RECORDS SHOW YOUR FEDERAL TAX NUMBER AS ___20-8710335___ . IF INCORRECT, ENTER CORRECT NUMBER HERE: _____ . IF ANY CHANGES OCCURRED IN THE OWNERSHIP, TELEPHONE NUMBER OR ADDRESS, COMPLETE FORM NCUI 101-A.

| 10. SOCIAL SECURITY NUMBER | 11. EMPLOYEE NAME | 12. SEASONAL | 13. WAGES PAID |
|---|---|---|---|
| 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 | M    Chege | | 5,040.00 |
| 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 | E    McKeithan | | 8,388.00 |
| 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 | C  J  Webb | | 3,036.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | 14. PAGE TOTAL | | 16,464.00 |

RETURN

THIS

FORM

THE INFORMATION CONTAINED IN THIS REPORT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

| SIGNATURE | TITLE | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| | | 910-295-1434 | 4/03/07 |

NCUI 101          THIS REPORT MUST BE FILED BY THE DUE DATE TO AVOID PENALTIES AND INTEREST.

*19-A*