IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
KATHARINE B. DILLON, and      )
JOAN M. PATE,                 )
                              )
            Plaintiffs,       )
                              )
     v.                       )     1:13CV424
                              )
THERESA M. BUTLER, DAVID R.   )
GUIN, PATRICIA B. GUIN, and   )
REGINA SRIRAMEN,              )
                              )
            Defendants.       )
```

**ORDER**

This court is preparing to enter a written order addressing Defendants' pending motion to dismiss (Doc. 39) and Plaintiffs' motion for leave to file a new third amended complaint (Doc. 50). However, in reviewing the pleadings, this court has identified two issues which have not been addressed. First, Defendants have not responded to Plaintiffs' Motion to Strike (Doc. 46) and this court is not clear whether Defendant contends certain documents, specifically, Docs. 40-6, 41-1, and 41-2, can or should be considered by this court. Second, Plaintiffs have not filed any objection to this court's consideration of certain documents attached to Defendants' reply (Doc. 48) specifically, Docs. 48-2, 48-3, 48-4. All of the referenced documents appear to be pleadings filed within the state guardianship and estate

proceedings; those proceedings are admitted by Plaintiffs in various pleadings. To clarify this record, this court hereby directs that Defendants shall have a period of seven days from the date of this order to file a brief, no more than seven pages in length, responding to the motion to strike and, more importantly, explaining how these documents should be considered by this court. This court further directs that Plaintiffs shall have a period of seven days from the date of this order to file a brief, no more than seven pages in length, stating whether or not Plaintiffs object to this court's consideration of Docs. 48-2, 48-3, and 48-4. Each party may file a response within seven days of the filing of any brief. No replies will be permitted.

This the 10th day of July, 2015.

/s/ William L. Osteen, Jr.
United States District Judge